# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sammartino, Janis L. | Southern District of California | 05/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

221 W. Broadway, Suite 4194
San Diego, CA 92101

*IMPORTANT NOTES:* **The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.**

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | City of San Diego Pension | $51,682.13 |
| 2. 2020 | California State Judges Retirement | $109,927.56 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | California State Judges Retirement |
| 2. 2020 | PDR Corp. - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PARENT PLUS LOANS | UNSECURED LOANS FOR COLLEGE TUITION | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. MITEK | | None | J | T | | | | | |
| 2. FISERV | | None | N | T | | | | | |
| 3. TEVA | A | Dividend | J | T | | | | | |
| 4. PRUDENTIAL | A | Dividend | J | T | | | | | |
| 5. AMERICAN GEN LIFE INS CO POLICY--CASH VALUE | | None | K | T | | | | | |
| 6. RENTAL PROPERTY #1, SAN DIEGO, CA (TRUST I) | E | Rent | O | W | | | | | |
| 7. RENTAL PROPERTY #2, DEL MAR, CA | E | Rent | O | W | | | | | |
| 8. MORGAN STANLEY SELECT UMA, TRADITIONAL IRA (-777) (H) | | | | | | | | | |
| 9. -MS Bank Account | A | Interest | J | T | | | | | |
| 10. -Exchange-Traded & Closed-End Funds | | | | | | | | | |
| 11. --Ivesco QQQ Trust, Series 1 | A | Dividend | L | T | Buy | 07/22/20 | L | | |
| 12. --Vanguard Index FDS S&P 500 ETF | A | Dividend | M | T | Buy | 12/28/20 | M | | |
| 13. -Mutual Funds: | | | | | | | | | |
| 14. --Artisan Developing World Adv | | None | | | Buy | 05/20/20 | K | | |
| 15. | | | | | Sold | 07/17/20 | K | D | |
| 16. --Blackrock Mid Cap GRW EQ Inst | | None | L | T | Buy | 07/22/20 | L | | |
| 17. --Bny Mellon Intl Stk I | | None | | | Buy | 05/20/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 07/17/20 | L | D | |
| 19.   --Causeway Emerging Mkts Inst | | None | | | Sold | 05/20/20 | L | D | |
| 20.   --Columbia Dividend Income Inst | B | Dividend | M | T | Buy | 07/22/20 | M | | |
| 21.   --Delaware Value Instl | A | Dividend | | | Sold | 05/20/20 | L | | |
| 22.   --Diamond Hill Long-Short I | | None | | | Buy | 01/31/20 | K | | |
| 23. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 24. | | | | | Sold | 07/17/20 | K | | |
| 25.   --E V Income Fund of Boston | A | Dividend | | | Buy | 04/08/20 | J | | |
| 26. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 27. | | | | | Sold | 07/17/20 | J | A | |
| 28.   --Edgewood Growth Instl | | None | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 29. | | | | | Sold<br>(part) | 05/20/20 | J | B | |
| 30. | | | | | Sold | 07/17/20 | K | E | |
| 31.   --Goldman Sachs Abslt Ret Trck | | None | | | Buy | 01/31/20 | L | | |
| 32. | | | | | Sold<br>(part) | 03/20/20 | J | | |
| 33. | | | | | Buy<br>(add'l) | 04/08/20 | J | | |
| 34. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold | 07/17/20 | L | | |
| 36. --Goldman Sachs Multi Mgr Alt I | | None | | | Sold | 01/31/20 | L | | |
| 37. --GQG Partners Emrg Mkts Eq Ins | | | | | Sold | 05/20/20 | K | | |
| 38. --Harding Loevner Intl Eqty Inst | | None | | | Sold | 05/20/20 | L | D | |
| 39. --Hartford Balanced Inc I | B | Dividend | L | T | Buy | 07/22/20 | K | | |
| 40. | A | Distribution | | | | | | | |
| 41. --Hartford Dividend & Growth | A | Dividend | | | Buy | 05/20/20 | L | | |
| 42. | | | | | Sold | 07/17/20 | L | D | |
| 43. --Hartford Midcap I | | | | | Sold | 07/17/20 | K | D | |
| 44. --Hartford Schroder Em Mkt Eq | | None | | | Buy | 05/20/20 | L | | |
| 45. | | | | | Sold | 07/17/20 | L | D | |
| 46. --Hartford Small Cap Growth I | | None | | | Sold | 07/17/20 | J | A | |
| 47. --JHF Seaport Long/Short Fund I | | None | | | Sold | 01/31/20 | K | B | |
| 48. --JPMorgan Value Advantage I | | None | | | Sold<br>(part) | 05/20/20 | J | | |
| 49. | | | | | Sold | 07/17/20 | K | | |
| 50. --Lazard Intl Strat Eq Ptf Inst | | None | | | Sold | 07/17/20 | L | D | |
| 51. --Locorr Market Trend I | | None | | | Sold | 07/17/20 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   --Loomis Growth Y | | None | | | Sold | 07/17/20 | L | E | |
| 53.   --Lord Abbett Bond Deb F | A | Dividend | L | T | Buy | 07/24/20 | L | | |
| 54.   --Lyrical US Value Equity Inst | | None | | | Sold | 01/31/20 | K | C | |
| 55.   --Matthews Asian Japan Inv | | None | | | Sold | 05/20/20 | K | B | |
| 56.   --Metropolitan West Tot Ret Bd | A | Dividend | | | Buy | 03/19/20 | J | | |
| 57. | | | | | Sold | 07/17/20 | J | A | |
| 58.   --Neuberger Intrinsic Value Inst | | | | | Sold | 07/17/20 | J | A | |
| 59.   --Nuance Mid Cap Value Instnl | A | Dividend | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 61. | | | | | Sold | 07/17/20 | K | D | |
| 62.   --Pear Tree Polaris Fgn VI I | | None | | | Sold<br>(part) | 05/20/20 | K | | |
| 63. | | | | | Sold | 07/17/20 | L | | |
| 64.   --Pgim High Yield Z | A | Dividend | | | Buy | 04/08/20 | J | | |
| 65. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 66. | | | | | Sold | 07/17/20 | K | B | |
| 67.   --Pgim Jenn Glbl Opportunities Z | B | Distribution | M | T | Buy | 07/22/20 | M | | |
| 68.   --Pimco Comm Real Ret Strat 12 | A | Dividend | | | Buy | 04/08/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 07/17/20 | K | B | |
| 70.  --Pimco Long Term Credit BD 12 | B | Dividend | | | Sold (part) | 03/16/20 | J | A | |
| 71. | A | Distribution | | | Sold | 03/20/20 | L | | |
| 72.  --Pimco Short Term I2 | A | Dividend | | | Sold (part) | 03/16/20 | J | | |
| 73. | | | | | Sold | 04/08/20 | J | | |
| 74.  --TortoiseMLP & Pipeline Inst | | None | | | Buy (add'l) | 03/20/20 | J | | |
| 75. | | | | | Sold | 04/08/20 | J | | |
| 76.  --Virtus Kar Sm-Cap Value I | | None | | | Buy | 05/20/20 | J | | |
| 77. | | | | | Sold | 07/17/20 | J | A | |
| 78.  --Western Asset Cor Plus Bd I | A | Dividend | | | Buy | 03/19/20 | J | | |
| 79. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 80. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 81. | | | | | Sold | 07/17/20 | K | B | |
| 82.  MORGAN STANLEY TRADITIONAL IRA (-778) (H) | | | | | | | | | |
| 83.  -MS Bank Account | A | Interest | J | T | | | | | |
| 84.  -Preferred Stocks | | | | | | | | | |
| 85.  --Athene Holding Ltd 6.375% | B | Dividend | L | T | Buy | 07/21/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Corporate Fixed Income | | | | | | | | | |
| 87. --Citizens Financial Group Inc Fxd to 102525 | A | Dividend | K | T | Buy | 07/21/20 | K | | |
| 88. --Huntington Bancshares Inc/oh Fxd to 072030 | A | Dividend | K | T | Buy | 07/21/20 | K | | |
| 89. -Unit Investment Trusts | | | | | | | | | |
| 90. --Unit Aam Ubiquitous Strategy 2020-3Q | A | Dividend | L | T | Buy | 07/21/20 | L | | |
| 91. TRUST #2 (MS Brokerage Account) (H) | | | | | | | | | |
| 92. -Common Stocks | | | | | | | | | |
| 93. --Alibaba Group Holdg Ltd | | None | L | T | Buy<br>(add'l) | 12/22/20 | K | | |
| 94. --Apple Inc | A | Dividend | L | T | | | | | |
| 95. --Boeing Co | | None | J | T | | | | | |
| 96. --Exact Sciences Corp | | None | L | T | | | | | |
| 97. --Facebook Inc | | None | K | T | | | | | |
| 98. --Home Depot Inc | A | Dividend | K | T | | | | | |
| 99. --Microsoft Corp | | None | L | T | | | | | |
| 100. --Nano Dimension Ltd Adr | | None | J | T | Buy | 05/20/20 | J | | |
| 101. --NIO Inc Spon Ads | | None | K | T | Buy | 11/09/20 | K | | |
| 102. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Tencent Hldgs Ltd Unspon Adr | A | Dividend | J | T | | | | | |
| 104.  -Preferred Stocks | | | | | | | | | |
| 105.  --Fifth Third Bancorp 6.625% | A | Dividend | K | T | Buy | 04/15/20 | J | | |
| 106.  --Keycorp 6.125% Ser-E | A | Dividend | K | T | Buy | 04/15/20 | K | | |
| 107.  --Regions Financial Co 6.375%-B | A | Dividend | K | T | Buy | 04/15/20 | K | | |
| 108.  -Exchange-Traded & Closed-End Funds | | | | | | | | | |
| 109.  --Invesco QQQ Trust, Series 1 | A | Dividend | K | T | Buy | 03/12/20 | J | | |
| 110. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 111.  --SPDR DJIA Trust | A | Dividend | K | T | Buy | 03/12/20 | J | | |
| 112. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 113.  --Vanguard Index FDS S&P 500 ETF | A | Dividend | K | T | Buy | 03/12/20 | J | | |
| 114. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 115.  -Municipal Bonds: | | | | | | | | | |
| 116.  --Galt Schs Jt Pwrs Auth | A | Interest | | | Redeemed | 04/09/20 | K | | |
| 117.  --Liberty Calif Un High Sch Dist Ref | B | Interest | K | T | | | | | |
| 118.  --CA St Pub Wks Brd Lease Rev | B | Interest | K | T | | | | | |
| 119.  --CA Health Facs Fing Auth Rev Ser-D | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. --Los Angeles Community College Dist Ser-G | B | Interest | K | T | | | | | |
| 121. --Montebello Calif Uni Sch Dis Oid | B | Interest | L | T | | | | | |
| 122. --Chula Vista Calif Ctfs Part Rev Ref | B | Interest | L | T | | | | | |
| 123. --El Centro Calif Fing Auth Wtr Rev Ref-A | B | Interest | L | T | | | | | |
| 124. --California St For Previous Issues See 13 | B | Interest | K | T | | | | | |
| 125. --Hayward Calif Uni Sch Dis Oid | B | Interest | K | T | | | | | |
| 126. --Cupertino Calif Un Sch Dist Ser-D | B | Interest | L | T | | | | | |
| 127. -Corporate Bonds | | | | | | | | | |
| 128. --Bank of America Corp 6.1% Fixed | C | Interest | L | T | | | | | |
| 129. --Bank of America Corp Fxd to 062024 Var Thrafter 5.8750% | C | Interest | L | T | | | | | |
| 130. --Citigroup Inc 6.3% Fixed Div | C | Interest | L | T | | | | | |
| 131. --ETrade Financial Corp 5.875% (exchange to Morgan Stanley Fxd) | C | Interest | | | Closed | 10/01/20 | L | | |
| 132. --General Electric Co Fxd to 012021 5.00% | B | Interest | K | T | | | | | |
| 133. --JPMorgan Chase & Co Fxd to 082024 5.00% | B | Interest | K | T | | | | | |
| 134. --JPMorgan Chase & Co Fxd to 102024 6.10% | B | Interest | K | T | | | | | |
| 135. --Morgan Stanley Fxd to 092026 (exchange from ETrade Fin Corp) | | None | L | T | Open | 10/01/20 | K | | |
| 136. --Wells Fargo & Co Fxd to 062024 5.90% | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Mutual Funds | | | | | | | | | |
| 138.  --Catalyst Millburn Hgd Strat C | | None | | | Sold | 04/29/20 | L | | |
| 139.  --John Hancock Intl Growth C | | None | J | T | | | | | |
| 140.  --MSIF Global Franchise C | B | Distribution | K | T | | | | | |
| 141. | A | Dividend | | | | | | | |
| 142.  -MSIF Global Opportunity Ptf C | A | Distribution | K | T | Buy | 04/30/20 | K | | |
| 143.  -MSIF Growth C | C | Distribution | K | T | Buy | 04/30/20 | K | | |
| 144.  --Principal Glb Divers Inc C | B | Dividend | K | T | | | | | |
| 145.  -Equity Trusts | | | | | | | | | |
| 146.  --Unit First Trust Value Line Target Safety 30 2Q19 | A | Int./Div. | | | Sold | 06/11/20 | K | | |
| 147.  --Unit First Trust S&P Dividend Aristocrats Target 25 4Q19 | B | Dividend | | | Sold | 12/14/20 | J | A | |
| 148.  --Unit Aam Ubiquitous Strategy 2019-2 | A | Dividend | L | T | | | | | |
| 149.  --Unit First Trust Value Line Target Safety 30 2Q20 | A | Dividend | K | T | Buy | 06/11/20 | K | | |
| 150.  --Unit FTP S&P Dividend Aristocrats Target 25 4Q2020 | | None | L | T | Buy | 12/14/20 | L | | |
| 151.  -MS Bank Acct | A | Interest | K | T | | | | | |
| 152.  TRUST #3 (MS Brokerage Account) (H) | | | | | | | | | |
| 153.  -MS Bank account | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Preferred stocks: | | | | | | | | | |
| 155.  --Alabama Power Co 5% | A | Dividend | J | T | | | | | |
| 156.  --Allstate Corp 5.100 H | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 157. | | | | | Sold (part) | 12/18/20 | J | A | |
| 158.  --Allstate Corp Dep 1/1000-G | A | Dividend | J | T | Sold (part) | 12/18/20 | J | A | |
| 159.  --American International 5.85% | A | Dividend | J | T | Sold (part) | 11/15/20 | J | | |
| 160.  --Arch Cap Group Ltd 5.25 | A | Dividend | J | T | Sold (part) | 12/18/20 | J | A | |
| 161.  --Arch Cap Group Ltd 5.45% | A | Dividend | J | T | Buy (add'l) | 05/12/20 | J | | |
| 162. | | | | | Sold (part) | 12/18/20 | J | A | |
| 163.  --Associated Banc-Corp 5.625% | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 164. | | | | | Sold (part) | 12/18/20 | J | A | |
| 165.  --AT&T Inc 4.750% Ser-C | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 166. | | | | | Sold (part) | 12/18/20 | J | A | |
| 167.  --AT&T Inc 5.00% Ser-A | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 168.  --Axis Cap Holdings Ltd 5.5%-E | A | Dividend | | | Sold | 05/14/20 | J | | |
| 169.  --Bank New York Mellon | A | Dividend | | | Sold (part) | 02/20/20 | J | A | |
| 170. | | | | | Sold | 07/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. --Bank of Amer Corp 5.375% | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 172. --Bank of Amer Corp 5.00% Ser LL | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 173. --Bank of America Cor 4.375% | | None | | | Buy | 11/05/20 | J | | |
| 174. | | | | | Buy<br>(add'l) | 11/06/20 | J | | |
| 175. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 176. --Bank of America Corp 6%-EE | A | Dividend | | | Sold | 12/30/20 | J | A | |
| 177. --Bank of America Corp 6.2%-CC | A | Dividend | J | T | | | | | |
| 178. --Bank of America Corp 6.5%-Y | A | Dividend | | | Redeemed | 01/27/20 | K | | |
| 179. --Capital One Financial 4.80%-J | A | Dividend | J | T | Buy | 02/07/20 | J | | |
| 180. --Capital One Financial 5%-I Prf | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 181. --Capital One Financial Co 6%-H | A | Dividend | J | T | | | | | |
| 182. --Capital One Finl Corp 6.20%-F | A | Dividend | | | Redeemed | 12/01/20 | J | | |
| 183. --Charles Schwab Corp 5.95%-D | A | Dividend | J | T | | | | | |
| 184. --Citigroup Inc 6.875%-K | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 185. --Citigrp Inc 7.125%-J | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 186. --Citizens Fin Group 6.35%-D | A | Dividend | J | T | | | | | |
| 187. --Citizens Finl Grp Inc 5.00% E | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188.  --Digital Realty Trust 5.850-K | A | Dividend | J | T | Sold (part) | 12/18/20 | J | A | |
| 189.  --Digital Realty Trust 5.20% SerL | A | Dividend | J | T | | | | | |
| 190.  --Duke Energy Corp 5.75%-A | A | Dividend | J | T | | | | | |
| 191.  --Equitable Holdgs Dep (name change from Axa Equitable Hldg Inc 5.25%) | A | Dividend | | | Buy (add'l) | 03/06/20 | J | | |
| 192. | | | | | Sold | 08/11/20 | J | | |
| 193.  --Federal Rlty Invt 5% Cum Ser C | A | Dividend | | | Sold | 06/05/20 | J | A | |
| 194.  --Fifth Third Bancorp 4.95% S-K | A | Dividend | J | T | Sold (part) | 12/18/20 | J | A | |
| 195.  --First Rep Bk San Fcsco 5.5%I | A | Dividend | J | T | | | | | |
| 196.  --First Republic Bank 5.125% | A | Dividend | J | T | | | | | |
| 197.  --First Repulblic Bk 4.125% Pfd K | A | Dividend | J | T | Buy | 09/24/20 | J | | |
| 198.  --First Republic Bk 4.7% Ser-J | A | Dividend | J | T | | | | | |
| 199.  --Goldman Sachs Group Inc 6.3%-N | A | Dividend | J | T | | | | | |
| 200.  --Goldman Sachs Grp Inc 5.5% | A | Dividend | K | T | Sold (part) | 12/18/20 | J | A | |
| 201.  --Goldman Sachs Grp Inc 6.375%-K | A | Dividend | J | T | Sold (part) | 12/18/20 | J | A | |
| 202.  --JPMorgan Chase & Co 6.0% S-Ee | A | Dividend | J | T | | | | | |
| 203.  --JPMorgan Chase & Co 6.125%-Y | A | Dividend | | | Sold | 03/02/20 | J | | |
| 204.  --JPMorgan Chase & Co 6.15% BB | A | Dividend | | | Sold | 10/08/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  --JPMorgan Chase and Co DP Rep P | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 206.  --Keycorp 5.625% Ser-G | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 207.  --Keycorp 5.65% Ser-F | A | Dividend | J | T | | | | | |
| 208.  --Keycorp 6.125% Ser-E | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 209.  --Kimco Realty | A | Dividend | | | Sold<br>(part) | 07/29/20 | J | | |
| 210. | | | | | Sold | 08/12/20 | J | A | |
| 211.  --Kimco Realty Corp 5.25%-M | A | Dividend | | | Sold | 08/12/20 | J | A | |
| 212.  --Metlife Inc 4.75% F | A | Dividend | J | T | Buy | 01/24/20 | J | | |
| 213. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 214.  --Morgan Stanley 4.875% Ser-L | A | Dividend | J | T | | | | | |
| 215.  --Morgan Stanley 5.85% | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 216.  --Morgan Stanley 6.625%-G | A | Dividend | | | Sold | 01/15/20 | J | A | |
| 217.  --Morgan Stanley 6.875%-F | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 218.  --Morgan Stanley 7.125%-E | B | Dividend | K | T | Sold<br>(part) | 12/18/20 | J | A | |
| 219.  --National Retail Prop 5.2%-F | A | Dividend | | | Sold<br>(part) | 07/30/20 | J | | |
| 220. | | | | | Sold | 08/05/20 | J | A | |
| 221.  --New York Cmnty Bc Inc Ser A | A | Dividend | | | Sold | 12/18/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  --Northern Trust Corp 4.70% S-E | A | Dividend | | | Sold | 12/18/20 | J | A | |
| 223.  --Peoples United Fin Inc Ser A | A | Dividend | | | Sold | 12/18/20 | J | A | |
| 224.  --PNC Finl-P 6.125% FLTS | B | Dividend | K | T | Buy (add'l) | 08/14/20 | J | | |
| 225. | | | | | Sold (part) | 12/18/20 | J | | |
| 226.  --PS Business Parks Inc 4.875%-Z | A | Dividend | J | T | | | | | |
| 227.  --PS Business Parks 5.25%-X | A | Dividend | J | T | | | | | |
| 228.  --PS Business Parks Inc 5.7%-V | | | | | Sold | 01/27/20 | J | | |
| 229.  --PS Busnss Prks Inc 5.20% Ser-Y | A | Dividend | J | T | Buy (add'l) | 05/13/20 | J | | |
| 230.  --Public Storage 3.9% Ser-O | | None | J | T | Buy | 12/08/20 | J | | |
| 231. | | | | | Sold (part) | 12/18/20 | J | A | |
| 232.  --Public Storage 4.875% Ser-I | A | Dividend | J | T | Buy (add'l) | 03/05/20 | J | | |
| 233. | | | | | Sold (part) | 12/18/20 | J | A | |
| 234.  --Public Storage 5.15%-F | A | Dividend | J | T | | | | | |
| 235.  --Public Storage 5.60% Ser-H | A | Dividend | J | T | | | | | |
| 236.  --Regions Financial Co 6.375%-B | A | Dividend | J | T | Sold (part) | 12/18/20 | J | A | |
| 237.  --Regions Financial Corp 5.70%-C | A | Dividend | J | T | | | | | |
| 238.  --Renaissancere Hldgs Ltd Pfd F | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  --Renaissancere Hlds Ser-E 5.375 | A | Dividend | | | Sold (part) | 06/09/20 | J | | |
| 240. | | | | | Sold (part) | 10/13/20 | J | A | |
| 241. | | | | | Sold | 12/09/20 | J | A | |
| 242.  --Schwab Charles Corp Ser C | A | Dividend | J | T | Sold (part) | 02/04/20 | J | A | |
| 243. | | | | | Sold (part) | 10/14/20 | J | A | |
| 244. | | | | | Sold (part) | 12/18/20 | J | A | |
| 245.  --Site Centers Corp 6.375% CLA | A | Dividend | | | Sold | 05/13/20 | J | | |
| 246.  --Spire Inc 5.90% Ser-A | A | Dividend | J | T | | | | | |
| 247.  --State St Co 5.90%-D | A | Dividend | J | T | Sold (part) | 12/18/20 | J | A | |
| 248.  --State Street Corp 5.350%-G | A | Dividend | J | T | Sold (part) | 12/18/20 | J | A | |
| 249.  --Stifel Financial Corp 6.125%-C | A | Dividend | J | T | Buy | 06/04/20 | J | | |
| 250.  --SVB Financial Group 5.25% | A | Dividend | J | T | Buy | 07/28/20 | J | | |
| 251.  --Synovus Finl Corp Ser E 5.875% | A | Dividend | J | T | Buy (add'l) | 07/28/20 | J | | |
| 252. | | | | | Sold (part) | 12/18/20 | J | A | |
| 253.  --The Allstate Corp 4.75% Ser I | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 254. | | | | | Buy (add'l) | 01/23/20 | J | | |
| 255. | | | | | Sold (part) | 12/18/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  --Truist Financial Corp 5.25% | A | Dividend | J | T | Buy | 06/04/20 | J | | |
| 257. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 258.  --Truist Fincl Corp 4.75 Ser-R | A | Dividend | J | T | Buy | 09/21/20 | J | | |
| 259.  --Truist Finl Corp Dep Pfd F | A | Dividend | | | Sold | 06/04/20 | J | A | |
| 260.  --Truis Finl Corp Dep Rp Pfd G | A | Dividend | | | Sold | 06/10/20 | J | A | |
| 261.  --Truist Finl Corp Dep Rp Pfd H | A | Dividend | | | Sold | 11/03/20 | J | A | |
| 262.  --US Banccorp | A | Dividend | J | T | | | | | |
| 263.  --U.S. Bancorp 3.75 Ser-L | | None | J | T | Buy | 11/05/20 | J | | |
| 264. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 265.  --U.S. Bancorp 5.5%-K | A | Dividend | J | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 266.  --US Banccorp-F 6.5% Flts | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | | |
| 267.  --Vornado Realty Tr 5.25% Ser-N | A | Dividend | J | T | Buy | 12/08/20 | J | | |
| 268.  --Vornado Realty Trust 5.25%-M | A | Dividend | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 269.  --Voya Financial Inc 5.35% Ser-B | A | Dividend | J | T | | | | | |
| 270.  --Webster Finl Corp Conn Dep S-F | A | Dividend | J | T | | | | | |
| 271.  --Wells Fargo & Co 4.75% Ser-Z | A | Dividend | J | T | Buy | 01/29/20 | J | | |
| 272.  --Wells Fargo & Co 5.5% Ser-X | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  --Wells Fargo & Co 5.7%-W | A | Dividend | J | T | | | | | |
| 274.  --Wells Fargo & Company 5.625%-Y | A | Dividend | J | T | | | | | |
| 275.  --Wells Fargo & Company 6.625%-R | A | Dividend | J | T | Sold (part) | 12/18/20 | J | | |
| 276.  --Wells Fargo 5.85-Q | A | Dividend | J | T | Sold (part) | 12/18/20 | J | A | |
| 277.  -Fixed Rate Capital Securities: | | | | | | | | | |
| 278.  --Hartford finl Svc Grp 7.875% | A | Interest | J | T | Sold (part) | 12/18/20 | J | | |
| 279.  --Reinsurance Group America Inc (RZA) | A | Interest | J | T | Sold (part) | 05/13/20 | J | | |
| 280.  --Stifel Financial Corp 5.2% | A | Interest | J | T | | | | | |
| 281.  --Allstate Corp. 5.1% | A | Interest | J | T | | | | | |
| 282.  --American Financial Group | A | Interest | | | Sold | 11/15/20 | J | | |
| 283.  --Berkley Corp | A | Interest | J | T | | | | | |
| 284.  --WR Berkley Corp | A | Interest | | | Sold | 12/18/20 | J | A | |
| 285.  --Globe Life Inc 6.125 | A | Interest | | | Sold | 07/29/20 | J | A | |
| 286.  --Reinsurance Grp of America 5.750% | A | Interest | | | Sold | 05/13/20 | J | | |
| 287.  --WR Berkley Corp 5.7% | A | Interest | J | T | | | | | |
| 288.  --Prudential Financial Inc 5.625% | A | Interest | J | T | | | | | |
| 289.  --Affiliated Managers Group Inc 5.875% | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. --American Financial Group 5.8750 | A | Interest | J | T | | | | | |
| 291. --American Financial Group 5.125% | A | Interest | J | T | Buy | 01/15/20 | J | | |
| 292. --Prudential Financial Inc | A | Interest | J | T | Buy | 09/21/20 | J | | |
| 293. --Affiliated Managers Gr 4.75% | A | Interest | J | T | Buy | 12/08/20 | J | | |
| 294. --National Rural Util Coop 5.50% | A | Interest | J | T | | | | | |
| 295. --Entergy New Orleans Inc | A | Interest | | | Sold | 11/02/20 | J | A | |
| 296. --Gatx Corp | A | Interest | J | T | | | | | |
| 297. --Entergy Arkansas Inc 4.875% | A | Interest | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 298. --Entergy Louisiana LLC 4.875% | A | Interest | J | T | Sold<br>(part) | 12/18/20 | J | A | |
| 299. --Entergy Mississippi Inc 4.90% | A | Interest | J | T | | | | | |
| 300. --AT&T Inc 5.35% | A | Interest | J | T | | | | | |
| 301. --AT&T 5.625% | A | Interest | J | T | | | | | |
| 302. --Nextera Energy Capital | A | Interest | | | Sold | 12/18/20 | J | A | |
| 303. --Integrys Enegy Grp Inc 6.00% Fixed | A | Interest | | | Sold | 11/11/20 | J | A | |
| 304. --DTE Energy Co Jr Deb | A | Interest | J | T | | | | | |
| 305. --Nextera Energy Capital Holdings Inc<br>5.25% | A | Interest | J | T | Sold<br>(part) | 02/10/20 | J | A | |
| 306. | | | | | Sold<br>(part) | 02/27/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 03/02/20 | J | A | |
| 308. --Dominion Energy Inc 5.25% | A | Interest | J | T | | | | | |
| 309. --The Southern Co 5.25% Ser-A | A | Interest | J | T | | | | | |
| 310. --DTE Energy Co Ser F 6% Pfd | A | Interest | J | T | | | | | |
| 311. --Georgia Power Co 5%-A | A | Interest | J | T | Sold (part) | 12/18/20 | J | A | |
| 312. --DTE Energy Co Ser E 5.25% | A | Interest | J | T | | | | | |
| 313. --The Southern Co 5.25% Ser 2017B | A | Interest | J | T | | | | | |
| 314. --CMS Energy Corp 5.625% | A | Interest | J | T | | | | | |
| 315. --Enbridge Inc 6.375%-B | A | Interest | J | T | Sold (part) | 12/18/20 | J | A | |
| 316. --Duke Energy Corp 5.625% | A | Interest | J | T | | | | | |
| 317. --Algonquin Power & Utilities Corp | A | Interest | J | T | | | | | |
| 318. --Nextera Energy Capital Holdings Inc 5.65% | A | Interest | J | T | | | | | |
| 319. --Algonquin Pwr & Utils Corp A | A | Interest | J | T | | | | | |
| 320. --DTE Energy Co 4.375% | | None | J | T | Buy | 12/09/20 | J | | |
| 321. -Mutual Funds: | | | | | | | | | |
| 322. --Principle Capital Sec S | E | Dividend | N | T | Buy (add'l) | 07/16/20 | K | | |
| 323. | | | | | Buy (add'l) | 08/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 325. TRUST #4 (MS Brokerage Account) (H) | | | | | | | | | |
| 326. -Morgan Stanley Bank Account | A | Interest | J | T | | | | | |
| 327. -Common stocks: | | | | | | | | | |
| 328. --Abbott Laboratories | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 329. --Abbvie Inc Com | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 330. --Accenture PLC Ireland Cl A | A | Dividend | J | T | | | | | |
| 331. --Advanced Micro Devices | | None | J | T | Buy | 07/29/20 | J | | |
| 332. --Aegon NV Adr | | None | | | Sold | 04/01/20 | J | | |
| 333. --Agree Realty Corp | A | Dividend | | | Sold | 06/12/20 | J | B | |
| 334. --Air Prod & Chem Inc | A | Dividend | K | T | Buy | 02/03/20 | J | | |
| 335. | | | | | Buy (add'l) | 02/04/20 | J | | |
| 336. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 337. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 338. --Alexandria Real Estate Eq Inc | A | Dividend | | | Sold | 06/12/20 | J | C | |
| 339. --Allianz Se Adr (Exchanged for Allianz Se Ads) | A | Dividend | | | Sold | 06/19/20 | J | | |
| 340. --Allstate Corp | A | Dividend | J | T | Sold (part) | 06/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. --Ally Financial Inc | A | Dividend | | | Sold | 06/19/20 | J | | |
| 342. --Alphabet Inc Cl A | | None | J | T | Sold<br>(part) | 12/21/20 | J | A | |
| 343. --Altria Group Inc | B | Dividend | J | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 344. | | | | | Sold<br>(part) | 12/21/20 | J | | |
| 345. --Amedisys Inc | | None | J | T | | | | | |
| 346. --American Campus Cmmtys Inc | A | Dividend | | | Sold | 06/12/20 | J | | |
| 347. --American Electric Power Co | A | Dividend | J | T | | | | | |
| 348. --American Express Co | A | Dividend | J | T | Sold<br>(part) | 05/12/20 | J | | |
| 349. | | | | | Sold<br>(part) | 09/22/20 | J | | |
| 350. --American St Water Co Hldg | A | Dividend | | | Sold | 11/17/20 | J | A | |
| 351. --American Tower REIT Com | A | Dividend | | | Sold | 06/12/20 | K | A | |
| 352. --Americold Realty Trust | A | Dividend | | | Sold | 06/12/20 | J | A | |
| 353. --Ameriprise Fincl Inc | A | Dividend | J | T | Sold<br>(part) | 06/19/20 | K | B | |
| 354. --Amerisourcebergen Corp | A | Dividend | | | Sold | 06/19/20 | K | C | |
| 355. --Amgen Inc | A | Dividend | J | T | | | | | |
| 356. --Analog Devices Inc | A | Dividend | J | T | Buy | 07/30/20 | J | | |
| 357. --Anglo Amern Plc Sponsored Adr | A | Dividend | | | Sold | 06/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  --ANSYS Inc | | None | J | T | Sold<br>(part) | 12/21/20 | J | | |
| 359.  --Apartment Invt & Mgmt Co | A | Dividend | | | Sold | 06/12/20 | J | A | |
| 360.  --Apple Inc | A | Dividend | K | T | Sold<br>(part) | 02/03/20 | J | C | |
| 361. | | | | | Sold<br>(part) | 04/02/20 | J | A | |
| 362. | | | | | Sold<br>(part) | 07/23/20 | J | D | |
| 363. | | | | | Sold<br>(part) | 09/01/20 | J | D | |
| 364. | | | | | Sold<br>(part) | 12/21/20 | J | C | |
| 365.  --Applied Materials Inc | A | Dividend | J | T | Buy | 01/13/20 | J | | |
| 366.  --Aptargroup Inc | A | Dividend | J | T | Buy | 12/08/20 | J | | |
| 367.  --Aptargroup Inc | | None | J | T | Buy | 12/08/20 | J | | |
| 368.  --Assurant Inc | A | Dividend | J | T | | | | | |
| 369.  --AT&T Inc | A | Dividend | | | Sold | 08/06/20 | J | | |
| 370.  --Automatic Data Processing | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 371.  --Avalonbay Comm Inc | A | Dividend | J | T | | | | | |
| 372.  --Aviva Plc Adr | | None | | | Sold | 04/30/20 | J | | |
| 373.  --Axa Ads | | None | | | Buy | 05/15/20 | J | | |
| 374. | | | | | Sold | 06/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. --Banco Bilbao Viz Arg Sa Ads | A | Dividend | | | Sold | 04/30/20 | J | | |
| 376. --Bank of America Corp | A | Dividend | J | T | Buy (add'l) | 06/19/20 | J | | |
| 377. --Baxter Intl Inc | A | Dividend | J | T | | | | | |
| 378. --Berkshire Hathaway Cl-B New | | None | K | T | Buy (add'l) | 07/23/20 | J | | |
| 379. --Best Buy Co | A | Dividend | J | T | Sold (part) | 04/30/20 | J | | |
| 380. | | | | | Sold (part) | 06/19/20 | K | C | |
| 381. | | | | | Sold (part) | 12/08/20 | J | A | |
| 382. --Biogen Inc Com | | None | | | Sold | 08/27/20 | J | | |
| 383. --Blackrock Inc | A | Dividend | K | T | | | | | |
| 384. --Bloomin'brands Inc Com | | None | J | T | Buy | 12/10/20 | J | | |
| 385. --BNP Paribas Sp Adr Repstg | | None | | | Sold | 04/06/20 | J | | |
| 386. --Boeing Co | | None | J | T | Buy | 11/10/20 | J | | |
| 387. --Boston Properties Inc. | A | Dividend | | | Sold (part) | 06/12/20 | J | | |
| 388. | | | | | Sold | 06/19/20 | J | | |
| 389. --Bristol Myers Squibb Co | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 390. --Broadcom Inc | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 391. --Caci International Inc Cl A | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. --Cadence Design System | | None | J | T | | | | | |
| 393. --Calif Water Svc Gp Del | A | Dividend | | | Sold | 10/16/20 | J | | |
| 394. --Camden Property Trust | A | Dividend | | | Sold | 06/12/20 | J | A | |
| 395. --Cardinal Health Inc | A | Dividend | | | Sold | 06/19/20 | J | | |
| 396. --Carnival Cp New Paired Com | A | Dividend | | | Sold | 03/13/20 | J | | |
| 397. --Caterpillar Inc | A | Dividend | J | T | | | | | |
| 398. --Celanese Corp Series A Com stk | A | Dividend | J | T | Sold (part) | 06/19/20 | J | | |
| 399. --Centerpoint Energy Inc | A | Dividend | | | Sold | 03/11/20 | J | | |
| 400. --Centurylink Inc | | None | | | Buy | 06/02/20 | J | | |
| 401. | | | | | Sold | 06/19/20 | J | | |
| 402. --Chevron Corp | B | Dividend | K | T | Buy (add'l) | 05/04/20 | J | | |
| 403. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 404. | | | | | Sold (part) | 12/21/20 | J | | |
| 405. --China Mobile Ltd | A | Dividend | | | Sold | 06/19/20 | J | | |
| 406. --China Pete&Chem Cp Ads | | None | | | Sold (part) | 01/28/20 | J | | |
| 407. | | | | | Sold (part) | 02/26/20 | J | | |
| 408. | | | | | Sold | 04/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. --China Telecom Ltd | A | Dividend | | | Buy | 03/24/20 | J | | |
| 410. | | | | | Sold | 06/19/20 | J | | |
| 411. --China Unicom | A | Dividend | | | Buy | 04/30/20 | J | | |
| 412. | | | | | Sold | 06/19/20 | J | | |
| 413. --Chubb Ltd | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 414. --Churchill Downs Inc | A | Dividend | | | Sold | 04/02/20 | J | A | |
| 415. --Ciena Corp New | | None | | | Sold<br>(part) | 08/27/20 | J | A | |
| 416. | | | | | Sold<br>(part) | 09/09/20 | J | A | |
| 417. | | | | | Sold | 10/08/20 | J | A | |
| 418. --Cincinnati Financial Ohio | A | Dividend | J | T | Sold<br>(part) | 12/21/20 | J | A | |
| 419. --Cintas Corp | A | Dividend | J | T | | | | | |
| 420. --Cisco Sys Inc | A | Dividend | K | T | Buy<br>(add'l) | 06/19/20 | J | | |
| 421. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 422. --Citigroup Inc New | A | Dividend | | | Sold | 06/19/20 | J | | |
| 423. --Ck Hutchison Hldgs Ltd Adr | A | Dividend | | | Buy | 04/30/20 | J | | |
| 424. | | | | | Sold | 06/19/20 | J | | |
| 425. --CME Group Inc | A | Dividend | J | T | Buy | 06/19/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. --Cnooc Ltd Ads | A | Dividend | | | Sold | 06/19/20 | J | | |
| 427. --Coca Cola Co | A | Dividend | J | T | Sold<br>(part) | 12/21/20 | J | | |
| 428. --Colgate Palmolive Co | A | Dividend | J | T | | | | | |
| 429. --Comcast Corp (New) Class A | A | Dividend | K | T | Buy | 06/19/20 | J | | |
| 430. | | | | | Buy<br>(add'l) | 09/22/20 | K | | |
| 431. | | | | | Sold<br>(part) | 12/21/20 | J | | |
| 432. --Conocophillips | A | Dividend | J | T | Buy | 09/22/20 | J | | |
| 433. --Corsite Realty Corp | A | Dividend | | | Sold | 06/12/20 | J | A | |
| 434. --Crown Castle Intl Corp New Com | A | Dividend | K | T | Sold<br>(part) | 06/12/20 | J | C | |
| 435. --Cubesmart Com | A | Dividend | | | Sold | 06/12/20 | J | A | |
| 436. --Cummins Inc | A | Dividend | | | Sold | 06/19/20 | K | A | |
| 437. --CVS Health Corp Com | A | Dividend | J | T | | | | | |
| 438. --Danaher Corp | A | Dividend | J | T | Sold<br>(part) | 12/21/20 | J | B | |
| 439. --Darden Restaurants | A | Dividend | | | Sold | 03/17/20 | J | | |
| 440. --Deere & Co | A | Dividend | J | T | Buy | 10/01/20 | J | | |
| 441. --Delta Air Lines Inc New | A | Dividend | | | Sold<br>(part) | 03/24/20 | J | | |
| 442. | | | | | Sold | 05/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. --Diageo Plc Spon Adr New | A | Dividend | K | T | | | | | |
| 444. --Diamondback Energy Inc | A | Dividend | | | Sold | 10/01/20 | J | | |
| 445. --Digital Realty Trust Inc | A | Dividend | J | T | Sold<br>(part) | 06/12/20 | J | A | |
| 446. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 447. --Dominion Energy Inc | A | Dividend | K | T | Sold<br>(part) | 12/21/20 | J | | |
| 448. --Eastgroup Properties Inc | A | Dividend | | | Sold | 06/12/20 | J | C | |
| 449. --Eastman Chemical Company | A | Dividend | | | Sold | 06/19/20 | J | A | |
| 450. --Eaton Corp Plc Shs | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 451. --Ebay Inc | A | Dividend | J | T | Sold<br>(part) | 01/30/20 | J | | |
| 452. --Ecopetrol S A Sponsored Ads | A | Dividend | | | Sold | 06/02/20 | J | | |
| 453. --Edward Lifesciences Corp | | None | J | T | | | | | |
| 454. --Eli Lilly & Co | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 455. --Eni Spa Amer Dep Rcpt | | None | | | Sold | 02/26/20 | J | | |
| 456. --EPR Pptys Com | A | Dividend | | | Sold | 06/12/20 | J | | |
| 457. --Equinix Inc Com Par | A | Dividend | | | Sold | 06/12/20 | J | C | |
| 458. --Equity Lifestyle Properties | A | Dividend | J | T | Sold<br>(part) | 06/12/20 | J | A | |
| 459. --Essex Property Trust Inc | A | Dividend | | | Sold | 06/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 460.  --Etsy Inc Com | | None | | | Buy | 08/06/20 | J | | |
| 461. | | | | | Sold | 11/10/20 | J | | |
| 462.  --Euronet Worldwide Inc | | None | | | Sold | 02/19/20 | J | A | |
| 463.  --Eversource Energy Com | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 464.  --Expedia Group Inc | | None | J | T | Buy | 04/29/20 | J | | |
| 465.  --Extra Space Storage Inc | A | Dividend | | | Sold | 06/12/20 | J | A | |
| 466.  --Facebook Inc Cl-A | | None | J | T | Buy<br>(add'l) | 01/30/20 | J | | |
| 467. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 468. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 469.  --Fairfax Fin Hldg Sub Vtg | A | Dividend | | | Sold<br>(part) | 02/26/20 | J | | |
| 470. | | | | | Sold | 06/19/20 | J | A | |
| 471.  --Fastenal Co | A | Dividend | J | T | Sold<br>(part) | 08/31/20 | J | B | |
| 472. | | | | | Sold<br>(part) | 09/01/20 | J | C | |
| 473.  --Fedex Corp | A | Dividend | J | T | | | | | |
| 474.  --Fedl Rlty Invt Trust S B I | A | Dividend | | | Sold<br>(part) | 04/22/20 | J | | |
| 475. | | | | | Sold | 04/23/20 | J | | |
| 476.  --Fiat Chrysler Automobiles Nv | | None | | | Sold | 05/14/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. --First Indust Realty Tr Inc | A | Dividend | | | Sold | 06/12/20 | J | B | |
| 478. --Fleetcor Technologies | | None | | | Sold | 08/13/20 | J | | |
| 479. --Fortinet Inc | | None | J | T | Sold (part) | 05/22/20 | J | A | |
| 480. --Franklin Resources Inc | A | Dividend | J | T | Sold (part) | 12/21/20 | J | | |
| 481. --Fujifilm Hldgs Corp Adr | A | Dividend | | | Buy | 02/26/20 | J | | |
| 482. | | | | | Sold | 06/19/20 | J | | |
| 483. --Fujitsu Ltd Adr New | A | Dividend | | | Sold | 06/19/20 | J | B | |
| 484. --Gaming & Leisure Pptys Inc Com | A | Dividend | | | Sold | 06/12/20 | J | A | |
| 485. --Hartford Fin Sers Grp Inc | A | Dividend | J | T | | | | | |
| 486. --Hawaiian Electric Ind | A | Dividend | | | Sold | 10/26/20 | J | | |
| 487. --Herman Miller Inc | A | Dividend | | | Sold | 04/14/20 | J | | |
| 488. --Hershey Company | A | Dividend | J | T | Sold (part) | 04/29/20 | J | A | |
| 489. --Hewlett Packard Enterprise | A | Dividend | | | Buy | 02/26/20 | J | | |
| 490. | | | | | Sold | 06/19/20 | J | | |
| 491. --Hitachi 10 Com New Adr | A | Dividend | | | Sold | 06/02/20 | J | A | |
| 492. --Home Depot Inc | A | Dividend | J | T | Buy (add'l) | 06/19/20 | J | | |
| 493. --Honda Motor Company Ltd Adr | A | Dividend | | | Sold | 06/19/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 494. --Honeywell International Inc | A | Dividend | J | T | Buy<br>(add'l) | 06/19/20 | J | | |
| 495. --Host Hotel & Resorts Inc | A | Dividend | | | Sold<br>(part) | 06/12/20 | J | | |
| 496. | | | | | Sold | 06/19/20 | J | | |
| 497. --Ill Tool Works Inc | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 498. --Intel Corp | A | Dividend | K | T | Sold<br>(part) | 07/29/20 | J | | |
| 499. --International Cons Airls Grp | | None | | | Sold | 04/06/20 | J | | |
| 500. --International Paper Co | A | Dividend | J | T | Buy<br>(add'l) | 04/06/20 | J | | |
| 501. | | | | | Sold<br>(part) | 06/19/20 | J | | |
| 502. --Intl Business Machines Corp | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 503. --Intesa Sanpaolo S.P.A. Adr | | None | | | Sold | 04/01/20 | J | | |
| 504. --Intuit Inc | A | Dividend | J | T | | | | | |
| 505. --Investors Real Estate Tr | A | Dividend | | | Buy | 02/24/20 | J | | |
| 506. | | | | | Sold | 06/12/20 | J | | |
| 507. --Invitation Homes Inc | A | Dividend | | | Sold | 06/12/20 | J | B | |
| 508. --Jardine Matheson Hldgs Ltd | | None | | | Buy | 04/30/20 | J | | |
| 509. | | | | | Sold | 06/19/20 | J | | |
| 510. --Johnson & Johnson | A | Dividend | K | T | Buy<br>(add'l) | 06/19/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 512. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 513.  --JPMorgan Chase & Co | A | Dividend | J | T | Buy<br>(add'l) | 06/19/20 | J | | |
| 514.  --KB Financial Grp Inc Sons Adr | A | Dividend | | | Sold | 06/19/20 | J | | |
| 515.  --Keycorp New | A | Dividend | J | T | | | | | |
| 516.  --Kinder Morgan Incorp | A | Dividend | | | Sold | 05/04/20 | J | | |
| 517.  --KLA Corporation | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 518.  --Kohls Corporation Wisc | A | Dividend | | | Sold | 04/30/20 | J | | |
| 519.  --Koninklijke Ahold Delhaize Nv | A | Dividend | | | Sold | 06/19/20 | J | B | |
| 520.  --Kroger Co | A | Dividend | | | Sold<br>(part) | 04/01/20 | J | A | |
| 521. | | | | | Sold | 06/19/20 | J | A | |
| 522.  --Laboratory Cp Amer Holdgs New | | None | J | T | | | | | |
| 523.  --Lam Research Corporation | A | Dividend | J | T | Sold<br>(part) | 01/28/20 | J | B | |
| 524. | | | | | Sold<br>(part) | 06/19/20 | J | B | |
| 525.  --Lear Corp | A | Dividend | | | Sold | 04/01/20 | J | | |
| 526.  --Lennar Corporation | A | Dividend | | | Buy | 04/06/20 | J | | |
| 527. | | | | | Sold | 06/19/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. --Lockheed Martin Corp | A | Dividend | J | T | Buy (add'l) | 06/19/20 | J | | |
| 529. | | | | | Sold (part) | 12/18/20 | J | | |
| 530. --Lowes Companies Inc | A | Dividend | K | T | Sold (part) | 12/21/20 | J | B | |
| 531. --LTC Properties Inc | A | Dividend | | | Sold | 06/12/20 | J | | |
| 532. --Lyondellbasell Nv Cl-A | A | Dividend | | | Sold | 06/19/20 | J | | |
| 533. --Magna International Inc | A | Dividend | | | Sold | 06/19/20 | J | | |
| 534. --Manhattan Assoc Inc (X) | | None | J | T | | | | | |
| 535. --Manpowergroup Inc Com | | None | | | Sold | 01/13/20 | J | A | |
| 536. --Manulife Financial Corp | A | Dividend | | | Buy | 02/26/20 | J | | |
| 537. | | | | | Sold | 06/19/20 | J | | |
| 538. --Marsh & Mclennan Cos Inc | A | Dividend | J | T | Buy (add'l) | 06/19/20 | J | | |
| 539. --Mastec Inc | | None | J | T | Buy | 06/04/20 | J | | |
| 540. --Mc Donalds Corp | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 541. --MDC Holdings Inc | A | Dividend | | | Sold | 04/20/20 | J | | |
| 542. --Medtronic Plc Shs | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 543. --Merck & Co Inc New Com | A | Dividend | K | T | Buy (add'l) | 06/19/20 | J | | |
| 544. | | | | | Sold (part) | 12/21/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. --Metlife Incorporated | A | Dividend | J | T | Sold<br>(part) | 01/28/20 | J | A | |
| 546. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 547. | | | | | Sold<br>(part) | 06/19/20 | J | | |
| 548. --Micron Tech Inc | | None | | | Sold | 08/21/20 | J | A | |
| 549. --Microsoft Corp | A | Dividend | K | T | Sold<br>(part) | 02/21/20 | J | A | |
| 550. --Mid Amer Apart Comm Inc | A | Dividend | J | T | Sold<br>(part) | 06/19/20 | J | | |
| 551. --Mitsui & Co Ltd Adr | | None | | | Sold | 01/28/20 | J | | |
| 552. --Mobile Telesystems Pjsc | | None | | | Sold | 01/28/20 | J | | |
| 553. --Molina Healthcare Inc (X) | | None | J | T | | | | | |
| 554. --Mondelez Intl Inc Com | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 555. --Moody's Corp | A | Dividend | J | T | | | | | |
| 556. --Morgan Stanley | A | Dividend | | | Sold | 06/19/20 | J | B | |
| 557. --Nestle Spon Adr Rep Reg Shr | A | Dividend | J | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 558. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 559. --Netapp Inc Com | A | Dividend | | | Buy | 04/01/20 | J | | |
| 560. | | | | | Sold | 06/19/20 | J | A | |
| 561. --Nexpoint Resident Tr Inc | A | Dividend | | | Sold | 06/12/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562.　--Nextera Energy Inc | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 563. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 564.　--Nice Ltd Adr | | None | J | T | Sold<br>(part) | 07/17/20 | J | A | |
| 565. | | | | | Sold<br>(part) | 10/01/20 | J | A | |
| 566.　--Nike Inc B | A | Dividend | J | T | | | | | |
| 567.　--Nintendo Co Ltd Adr New | A | Dividend | K | T | Buy | 09/01/20 | K | | |
| 568. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 569.　--Nippon Telegraph&Telephone Ads | A | Dividend | | | Sold | 06/19/20 | J | A | |
| 570.　--Norfolk Southern Corp | A | Dividend | K | T | Sold<br>(part) | 12/21/20 | J | C | |
| 571.　--Northern Trust Corp | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 572.　--Ntt Docomo Inc Sp Adr | A | Dividend | | | Sold<br>(part) | 04/30/20 | J | A | |
| 573. | | | | | Sold<br>(part) | 06/02/20 | J | A | |
| 574. | | | | | Sold | 06/19/20 | J | A | |
| 575.　--Nucor Corporation | | None | | | Buy | 04/01/20 | J | | |
| 576. | | | | | Sold | 06/19/20 | J | A | |
| 577.　--Nvidia Corporation | A | Dividend | J | T | | | | | |
| 578.　--Omnicom Group | A | Dividend | | | Sold | 06/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 579. --Paccar Inc | A | Dividend | | | Sold<br>(part) | 02/03/20 | J | A | |
| 580. | | | | | Sold | 02/04/20 | J | A | |
| 581. --Paychex Inc | A | Dividend | J | T | Sold<br>(part) | 12/21/20 | J | A | |
| 582. --Paypal Hldgs Inc | | None | J | T | Buy | 09/22/20 | J | | |
| 583. --Pepsico Inc | A | Dividend | J | T | Buy<br>(add'l) | 06/19/20 | J | | |
| 584. --Petroleo Brasileiro Sa | | None | | | Sold | 04/01/20 | J | | |
| 585. --Pfizer Inc | A | Dividend | K | T | Sold<br>(part) | 12/21/20 | J | A | |
| 586. --Philip Morris Intl Inc | A | Dividend | J | T | Buy<br>(add'l) | 05/04/20 | J | | |
| 587. --Phillips 66 Com | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 588. --Physicians Realty Trust | A | Dividend | | | Sold | 06/12/20 | J | A | |
| 589. --PJSC Lukoil Sponsored Adr | A | Dividend | | | Sold<br>(part) | 04/01/20 | J | A | |
| 590. | | | | | Sold | 06/19/20 | J | C | |
| 591. --PNC Finl Svcs Gp | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 592. --Posco Ads | A | Dividend | | | Sold | 06/19/20 | J | | |
| 593. --Proctor & Gamble | A | Dividend | J | T | | | | | |
| 594. --Prologis Inc Com | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 595. --Prudential Financial Inc | A | Dividend | | | Sold | 06/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596. --Pulte Group Inc | A | Dividend | J | T | Sold<br>(part) | 06/19/20 | J | | |
| 597. --Qualcomm Inc | A | Dividend | J | T | Buy | 10/13/20 | J | | |
| 598. --Raytheon Co | A | Dividend | | | Sold | 07/10/20 | J | | |
| 599. --Realty Income Corp | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 600. --Regency Ctrs Corp | A | Dividend | | | Sold | 06/19/20 | J | | |
| 601. --Repsol Sa Spon Adr | A | Dividend | | | Sold | 06/19/20 | J | | |
| 602. --Republic Services Inc | A | Dividend | J | T | Sold<br>(part) | 07/01/20 | J | A | |
| 603. --Rockwell Automation Inc | A | Dividend | J | T | Buy | 10/08/20 | J | | |
| 604. --Royal Dutch Shell Plc Cl B | A | Dividend | | | Sold | 09/22/20 | J | | |
| 605. --Sabre Corporation | | None | J | T | | | | | |
| 606. --Safehold Inc | A | Dividend | | | Sold | 06/12/20 | J | B | |
| 607. --Salesforce.com, Inc | | None | J | T | Buy | 09/09/20 | J | | |
| 608. | | | | | Buy<br>(add'l) | 10/08/20 | J | | |
| 609. --Seagate Technology PLC | A | Dividend | | | Sold<br>(part) | 04/01/20 | J | | |
| 610. | | | | | Sold<br>(part) | 06/02/20 | J | A | |
| 611. | | | | | Sold | 06/19/20 | J | B | |
| 612. --Sempra Energy | A | Dividend | J | T | Buy | 06/19/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  --Service Pptys Tr Sh Ben Int | A | Dividend | | | Sold | 06/02/20 | J | | |
| 614.  --Simon Ppty Group Inc | A | Dividend | | | Sold (part) | 01/02/20 | J | | |
| 615. | | | | | Sold | 01/30/20 | J | | |
| 616.  --Skyworks Solutions Inc | A | Dividend | J | T | | | | | |
| 617.  --Sl Green Realty Cp | A | Dividend | | | Sold | 06/12/20 | J | | |
| 618.  --Societe Generale Sp Adr | | None | | | Sold (part) | 01/28/20 | J | | |
| 619. | | | | | Sold | 04/06/20 | J | | |
| 620.  --Southern Co | A | Dividend | J | T | | | | | |
| 621.  --Sony Corp | A | Dividend | | | Buy | 01/28/20 | J | | |
| 622. | | | | | Sold | 06/19/20 | J | A | |
| 623.  --Southwest Airlines | A | Dividend | | | Sold | 05/06/20 | J | | |
| 624.  --Starbucks Corp Washington | A | Dividend | J | T | Buy (add'l) | 06/19/20 | J | | |
| 625.  --State Street Corp | A | Dividend | J | T | Buy (add'l) | 04/06/20 | J | | |
| 626. | | | | | Sold (part) | 06/19/20 | J | A | |
| 627.  --Stryker Corp | A | Dividend | J | T | | | | | |
| 628.  --Subaru Corp Unsponsored Adr | A | Dividend | | | Sold (part) | 02/26/20 | J | | |
| 629. | | | | | Sold | 05/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 630. --Synaptics Inc (X) | | None | J | T | | | | | |
| 631. --Synchrony Financial | A | Dividend | | | Sold | 06/19/20 | J | | |
| 632. --Synopsys Inc | | None | J | T | Sold<br>(part) | 11/19/20 | J | A | |
| 633. --Sysco Corp (X) | A | Dividend | J | T | | | | | |
| 634. --T Rowe Price Group Inc (X) | A | Dividend | J | T | | | | | |
| 635. --T-Mobile US Inc Com | | None | J | T | Sold<br>(part) | 12/21/20 | J | A | |
| 636. --Target Corporation | A | Dividend | K | T | Sold<br>(part) | 12/21/20 | J | A | |
| 637. --Terreno Rlty Corp Com | A | Dividend | | | Sold | 06/12/20 | J | C | |
| 638. --Tetra Tech Inc | A | Dividend | J | T | | | | | |
| 639. --Texas Instruments | A | Dividend | K | T | Buy<br>(add'l) | 06/19/20 | J | | |
| 640. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 641. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 642. --Textron Inc | A | Dividend | | | Sold | 02/26/20 | J | | |
| 643. --Thermo Fisher Scientific | | None | J | T | Buy | 11/04/20 | J | | |
| 644. --Trane Technologies Plc | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 645. --Travelers Companies Inc Com | A | Dividend | | | Sold | 06/19/20 | J | | |
| 646. --Truist Finl Corp | A | Dividend | J | T | Buy | 06/19/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647.  --Tyson Foods Inc | A | Dividend | J | T | Buy | 11/16/20 | J | | |
| 648.  --US Bancorp Com | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 649.  --Union Pacific Corp | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 650.  --United Parcel Ser Inc Cl-B | A | Dividend | K | T | | | | | |
| 651.  --Unitedhealth Gp Inc | A | Dividend | J | T | | | | | |
| 652.  --Univar Solutions Inc (X) | | None | J | T | | | | | |
| 653.  --Vail Resorts | A | Dividend | | | Sold | 03/11/20 | J | | |
| 654.  --Verisign Inc | | None | | | Sold | 11/16/20 | J | | |
| 655.  --Verizon Communications | A | Dividend | K | T | Buy<br>(add'l) | 06/19/20 | J | | |
| 656. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 657. | | | | | Sold<br>(part) | 12/21/20 | J | | |
| 658.  --Vertex Pharmaceuticals | | None | J | T | | | | | |
| 659.  --Viacom Inc New Class B | A | Dividend | J | T | Buy<br>(add'l) | 05/12/20 | J | | |
| 660. | | | | | Sold<br>(part) | 06/02/20 | J | | |
| 661. | | | | | Sold<br>(part) | 06/19/20 | J | | |
| 662.  --Vici Properties Inc. | A | Dividend | | | Sold | 06/12/20 | J | | |
| 663.  --Vornado Realty TR S B I | A | Dividend | | | Sold<br>(part) | 06/12/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 664. | | | | | Sold | 06/19/20 | J | | |
| 665. --Walgreens Boots Alliance Inc | A | Dividend | | | Sold | 06/19/20 | J | | |
| 666. --Walmart Inc | A | Dividend | J | T | Buy<br>(add'l) | 06/19/20 | J | | |
| 667. --Walt Disney Co Hldg Co | A | Dividend | J | T | Sold<br>(part) | 12/21/20 | J | A | |
| 668. --Waste Mgmt Inc | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 669. --WEC Energy Group Inc | A | Dividend | J | T | Buy | 06/19/20 | J | | |
| 670. --Weingarten Realty Inv SBI | A | Dividend | | | Sold | 06/12/20 | J | | |
| 671. --Wells Fargo & Co New | A | Dividend | | | Sold | 09/30/20 | J | | |
| 672. --Welltower Inc | A | Dividend | | | Sold | 06/12/20 | J | | |
| 673. --Western Alliance Bancorp | A | Dividend | | | Sold | 12/21/20 | J | A | |
| 674. --Western Digital Corporation | A | Dividend | | | Sold | 04/30/20 | J | | |
| 675. --Western Union Co | A | Dividend | | | Sold | 06/19/20 | J | | |
| 676. --Westrock Co Com | A | Dividend | | | Sold | 05/06/20 | J | | |
| 677. --Weyerhaeuser Co | A | Dividend | | | Sold | 06/12/20 | J | | |
| 678. --Woodward Inc Com | A | Dividend | | | Sold | 04/02/20 | J | | |
| 679. --Wipro Ltd Ads | | None | | | Buy | 04/30/20 | J | | |
| 680. | | | | | Sold | 06/19/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. --Wpp Plc Spon New Adr | | None | | | Sold | 04/01/20 | J | | |
| 682. --Xylem Inc Com | A | Dividend | | | Sold | 06/04/20 | J | | |
| 683. -Mutual Funds | | | | | | | | | |
| 684. --PGIM Jenn Glbl Opportunities | B | Distribution | M | T | Buy | 06/19/20 | L | | |
| 685. TRUST #5 (MS Brokerage Account) (H) | | | | | | | | | |
| 686. -MS Bank Account | A | Interest | J | T | | | | | |
| 687. -Common Stocks: | | | | | | | | | |
| 688. --Abbott Laboratories | A | Dividend | J | T | Sold (part) | 03/02/20 | J | A | |
| 689. --Abbvie Inc Com | A | Dividend | K | T | Buy | 03/18/20 | J | | |
| 690. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 691. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 692. | | | | | Buy (add'l) | 07/07/20 | J | | |
| 693. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 694. --Air Prod & Chem Inc | A | Dividend | K | T | | | | | |
| 695. --American Tower Reit com | | None | J | T | Buy | 12/10/20 | J | | |
| 696. --Amgen Inc | A | Dividend | J | T | | | | | |
| 697. --Ansys Inc | | None | K | T | Sold (part) | 04/28/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 698. | | | | | Sold<br>(part) | 11/06/20 | J | B | |
| 699. --Atlassian Corp Plc Cl A | | None | J | T | Buy | 02/28/20 | J | | |
| 700. | | | | | Buy<br>(add'l) | 03/13/20 | J | | |
| 701. --Automatic Data Processing Inc | A | Dividend | J | T | Buy<br>(add'l) | 12/09/20 | J | | |
| 702. --Bio-Techne Corp | A | Dividend | K | T | | | | | |
| 703. --Black Knight Inc | | None | K | T | Sold<br>(part) | 10/20/20 | J | B | |
| 704. --Blackline Inc | | None | K | T | Sold<br>(part) | 02/19/20 | J | B | |
| 705. | | | | | Sold<br>(part) | 03/10/20 | J | A | |
| 706. | | | | | Sold<br>(part) | 04/28/20 | J | B | |
| 707. | | | | | Sold<br>(part) | 06/30/20 | J | C | |
| 708. | | | | | Sold<br>(part) | 12/08/20 | J | B | |
| 709. --Blackrock Inc | A | Dividend | K | T | | | | | |
| 710. --Bright Horizons Family Solut | | None | J | T | Buy | 06/30/20 | J | | |
| 711. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 712. --Broadcom Inc | A | Dividend | K | T | Buy<br>(add'l) | 02/25/20 | J | | |
| 713. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 714. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. --Brooks-Automation Inc | A | Dividend | J | T | Sold (part) | 03/30/20 | J | A | |
| 716. | | | | | Sold (part) | 11/06/20 | J | A | |
| 717. --Cable One Inc Com | A | Dividend | K | T | Buy | 02/28/20 | J | | |
| 718. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 719. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 720. | | | | | Buy (add'l) | 12/09/20 | J | | |
| 721. --Carmax Inc | | None | K | T | Buy (add'l) | 05/29/20 | J | | |
| 722. --Cbre Group Inc | | None | K | T | Buy (add'l) | 05/29/20 | J | | |
| 723. | | | | | Sold (part) | 11/10/20 | J | B | |
| 724. | | | | | Sold (part) | 11/11/20 | J | A | |
| 725. --Chevron Corp | A | Dividend | J | T | Buy (add'l) | 02/25/20 | J | | |
| 726. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 727. --Cisco Sys Inc | A | Dividend | K | T | Sold (part) | 01/07/20 | J | A | |
| 728. --Coca Cola Co | A | Dividend | J | T | Buy (add'l) | 03/11/20 | J | | |
| 729. --Comcast Corp (New) Class A | A | Dividend | J | T | | | | | |
| 730. --Costar Group Inc | | None | K | T | Sold (part) | 02/28/20 | J | C | |
| 731. --Coupa Software Inc | | None | J | T | Buy | 03/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 732. | | | | | Sold<br>(part) | 07/01/20 | J | A | |
| 733.  --Crowdstrike Hldgs Inc Cl A | | None | J | T | Buy | 10/22/20 | J | | |
| 734. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 735.  --Crown Castle Intl Corp | A | Dividend | K | T | Buy<br>(add'l) | 12/09/20 | J | | |
| 736.  --Darden Restaurants | A | Dividend | | | Sold | 03/18/20 | J | | |
| 737.  --Eaton Corp Plc Shs | A | Dividend | J | T | Buy | 02/04/20 | J | | |
| 738. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 739. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 740.  --Ecolab Inc | A | Dividend | K | T | Sold<br>(part) | 12/08/20 | J | B | |
| 741.  --Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 742.  --Envestnet Inc | | None | J | T | Sold<br>(part) | 01/17/20 | J | A | |
| 743. | | | | | Sold<br>(part) | 12/08/20 | J | A | |
| 744.  --Eversource Energy Com | A | Dividend | J | T | | | | | |
| 745.  --Exxon Mobil Corp | A | Dividend | | | Sold | 03/11/20 | J | | |
| 746.  --Fastenal Co | A | Dividend | K | T | Sold<br>(part) | 03/20/20 | J | A | |
| 747. | | | | | Sold<br>(part) | 11/06/20 | J | B | |
| 748.  --Guidewire Software Inc | | None | J | T | Buy | 10/20/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 750. --Heico Corp Class A | A | Dividend | J | T | Buy | 02/27/20 | J | | |
| 751. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 752. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 753. --Home Depot Inc | A | Dividend | K | T | Buy (add'l) | 12/09/20 | J | | |
| 754. --Honeywell International Inc | A | Dividend | J | T | Sold (part) | 12/02/20 | J | B | |
| 755. | | | | | Sold (part) | 12/10/20 | J | B | |
| 756. --Indexx Labs | | None | J | T | Buy | 03/30/20 | J | | |
| 757. --Ill Tool Works Inc | A | Dividend | J | T | Buy (add'l) | 12/09/20 | J | | |
| 758. --Illumina Inc | | None | K | T | Buy (add'l) | 02/26/20 | J | | |
| 759. | | | | | Sold (part) | 04/28/20 | J | A | |
| 760. --Intuitive Surgical Inc | | None | K | T | | | | | |
| 761. --Johnson & Johnson | A | Dividend | J | T | Sold (part) | 08/26/20 | J | A | |
| 762. | | | | | Sold (part) | 10/13/20 | J | A | |
| 763. | | | | | Sold (part) | 12/02/20 | J | B | |
| 764. --JP Morgan Chase | A | Dividend | K | T | Sold (part) | 01/07/20 | J | A | |
| 765. --Lockheed Martin Corp | A | Dividend | K | T | Buy (add'l) | 12/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766.  --Lyondellbasell Nv Cl-A | A | Dividend | J | T | Sold (part) | 03/18/20 | J | | |
| 767.  --Markel Corp | | None | K | T | Buy (add'l) | 01/08/20 | J | | |
| 768.  --Marsh &Mclennan Cos Inc | A | Dividend | J | T | | | | | |
| 769.  --Masimo Corporation | | None | J | T | Buy | 12/04/20 | J | | |
| 770.  --Maxim Integrated Products Inc | A | Dividend | | | Sold (part) | 09/01/20 | J | B | |
| 771. | | | | | Sold | 09/10/20 | J | A | |
| 772.  --Mc Donalds Corp | A | Dividend | J | T | Sold (part) | 04/14/20 | J | A | |
| 773.  --Medtronic PLC Shs | A | Dividend | J | T | Buy (add'l) | 12/09/20 | J | | |
| 774.  --Merck & Co Inc New Com | A | Dividend | K | T | Buy | 03/02/20 | J | | |
| 775. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 776. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 777. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 778. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 779. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 780. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 781.  --Microsoft Corp | A | Dividend | K | T | Sold (part) | 02/04/20 | J | B | |
| 782. | | | | | Sold (part) | 03/11/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold (part) | 03/20/20 | J | B | |
| 784. | | | | | Sold (part) | 03/26/20 | J | A | |
| 785. --Mondelez Intl Inc Com | A | Dividend | K | T | Buy (add'l) | 02/04/20 | J | | |
| 786. --Moody's Corp | A | Dividend | K | T | Sold (part) | 06/30/20 | J | C | |
| 787. --Nextera Energy Inc. | A | Dividend | K | T | Buy (add'l) | 12/09/20 | J | | |
| 788. --Okta Inc Dl A | | None | J | T | Sold (part) | 06/08/20 | J | C | |
| 789. --Old Dominion Freight Line | A | Dividend | J | T | Sold (part) | 03/30/20 | J | A | |
| 790. | | | | | Sold (part) | 12/08/20 | J | A | |
| 791. --Oneok Ind | A | Dividend | | | Sold | 03/13/20 | J | | |
| 792. --Paychex Inc | A | Dividend | K | T | | | | | |
| 793. --Pepsico Inc Nc | A | Dividend | K | T | Buy (add'l) | 11/18/20 | J | | |
| 794. --Pfizer Inc | A | Dividend | | | Sold (part) | 02/04/20 | J | A | |
| 795. | | | | | Sold | 05/07/20 | J | B | |
| 796. --Phillips 66 Com | A | Dividend | J | T | Buy (add'l) | 02/25/20 | J | | |
| 797. --PNC Finl Svcs Gp | A | Dividend | J | T | Buy (add'l) | 01/07/20 | J | | |
| 798. | | | | | Buy (add'l) | 01/22/20 | J | | |
| 799. --Proctor & Gamble | A | Dividend | J | T | Buy | 03/26/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 800. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 801. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 802.  --Prologis Inc Com | A | Dividend | J | T | Buy<br>(add'l) | 07/07/20 | J | | |
| 803. | | | | | Buy<br>(add'l) | 07/22/20 | J | | |
| 804.  --Pros Holdg Inc | | None | K | T | Sold<br>(part) | 01/17/20 | J | A | |
| 805. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 806. | | | | | Sold<br>(part) | 11/24/20 | J | A | |
| 807. | | | | | Sold<br>(part) | 12/02/20 | J | | |
| 808. | | | | | Sold<br>(part) | 12/16/20 | J | | |
| 809. | | | | | Sold<br>(part) | 12/23/20 | J | A | |
| 810.  --Qualcomm Inc | A | Dividend | K | T | Buy | 08/26/20 | J | | |
| 811. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 812. | | | | | Buy<br>(add'l) | 09/16/20 | J | | |
| 813. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 814.  --Qualys Inc Com | | None | J | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 815. | | | | | Sold<br>(part) | 06/09/20 | J | A | |
| 816. | | | | | Sold<br>(part) | 06/10/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 817.  --Realty Income Corp | A | Dividend | J | T | Sold<br>(part) | 04/06/20 | J | | |
| 818.  --Roper Technologies, Inc | A | Dividend | K | T | | | | | |
| 819.  --SBA Communications Corp | A | Dividend | K | T | Sold<br>(part) | 03/10/20 | J | B | |
| 820. | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 821. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 822.  --Sempra Energy | A | Dividend | J | T | | | | | |
| 823.  --Simon Ppty Group Inc | A | Dividend | | | Sold | 03/20/20 | J | | |
| 824.  --Starbucks Corp Washington | A | Dividend | K | T | | | | | |
| 825.  --Sysco Corp | A | Dividend | | | Sold | 03/20/20 | J | | |
| 826.  --Teleflex Inc | A | Dividend | K | T | Buy<br>(add'l) | 03/20/20 | J | | |
| 827. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 828. | | | | | Buy<br>(add'l) | 08/25/20 | J | | |
| 829. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 830.  --Texas Instruments | A | Dividend | K | T | | | | | |
| 831.  --Transdigm Group Inc | B | Dividend | K | T | | | | | |
| 832.  --Trimble Inc | | None | | | Sold<br>(part) | 02/28/20 | J | B | |
| 833. | | | | | Sold | 03/13/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 834.  --Truist Finl Corp | A | Dividend | K | T | Buy<br>(add'l) | 12/09/20 | J | | |
| 835.  --Twilio Inc Cl A | | None | J | T | | | | | |
| 836.  --Tyler Technologies Inc | | None | | | Sold<br>(part) | 02/28/20 | J | B | |
| 837. | | | | | Sold<br>(part) | 03/10/20 | J | B | |
| 838. | | | | | Sold<br>(part) | 05/22/20 | J | B | |
| 839. | | | | | Sold<br>(part) | 06/08/20 | J | B | |
| 840. | | | | | Sold | 10/22/20 | J | B | |
| 841.  --U S Bancorp Com New | A | Dividend | J | T | | | | | |
| 842.  --United Parcel Ser Inc Cl-B | | None | J | T | Buy | 12/02/20 | J | | |
| 843.  --Valero Energy Cp Dela New | A | Dividend | | | Sold<br>(part) | 03/26/20 | J | | |
| 844. | | | | | Sold | 11/18/20 | J | | |
| 845.  --Veeva Sys Inc Cl A | | None | J | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 846.  --Verisk Analytics Inc Com | A | Dividend | J | T | Sold<br>(part) | 03/13/20 | J | B | |
| 847. | | | | | Sold<br>(part) | 12/03/20 | J | B | |
| 848. | | | | | Sold<br>(part) | 12/16/20 | J | B | |
| 849.  --Verizon Communications | A | Dividend | | | Buy | 03/18/20 | J | | |
| 850. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 852. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 853.  --Vulcan Materials Co | A | Dividend | K | T | Buy (add'l) | 01/17/20 | J | | |
| 854. | | | | | Sold (part) | 12/08/20 | J | A | |
| 855.  --Waste Connections Inc | A | Dividend | K | T | Sold (part) | 12/08/20 | J | A | |
| 856. | | | | | Sold (part) | 12/29/20 | J | B | |
| 857.  --WEC Energy Group Inc Com | A | Dividend | J | T | | | | | |
| 858.  --Wells Fargo & Co New | A | Dividend | | | Sold (part) | 01/22/20 | J | | |
| 859. | | | | | Sold | 03/02/20 | J | | |
| 860.  --Williams Co Inc | | None | | | Sold (part) | 02/26/20 | J | | |
| 861. | | | | | Sold | 03/02/20 | J | | |
| 862.  TRUST #6 (MS Brokerage Account) (H) | | | | | | | | | |
| 863.  -MS Bank Account | A | Interest | J | T | | | | | |
| 864.  -Common Stocks: | | | | | | | | | |
| 865.  --3M Company | A | Dividend | | | Sold | 03/03/20 | J | | |
| 866.  --Abbott Laboratories | A | Dividend | J | T | | | | | |
| 867.  --Accenture Plc Ireland Cl A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 868.  --Allstate Corp | A | Dividend | J | T | | | | | |
| 869.  --Ameren Corp (Hldg Co) | A | Dividend | J | T | | | | | |
| 870.  --American Electric Power Co | A | Dividend | | | | | | | |
| 871.  --Analog Devices Inc | A | Dividend | J | T | Buy | 07/30/20 | J | | |
| 872. | | | | | Buy<br>(add'l) | 08/18/20 | J | | |
| 873.  --Apple Inc | A | Dividend | J | T | Sold<br>(part) | 02/04/20 | J | A | |
| 874. | | | | | Sold<br>(part) | 09/15/20 | J | B | |
| 875. | | | | | Sold<br>(part) | 12/23/20 | J | A | |
| 876.  --AT&T Inc. | A | Dividend | J | T | | | | | |
| 877.  --Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 878.  --Avalonbay Comm Inc | A | Dividend | J | T | Buy | 02/19/20 | J | | |
| 879.  --Avery Dennison Corporation | A | Dividend | J | T | Buy | 09/29/20 | J | | |
| 880.  --Bank of America Corp | A | Dividend | J | T | | | | | |
| 881.  --Baxter Intl Inc | A | Dividend | J | T | | | | | |
| 882.  --Best Buy Co | | None | J | T | Buy | 12/22/20 | J | | |
| 883.  --Blackrock Inc | A | Dividend | J | T | | | | | |
| 884.  --Bristol Meyers Squibb Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. --Broadcom | A | Dividend | J | T | | | | | |
| 886. --Chevron Corp | A | Dividend | J | T | | | | | |
| 887. --Chubb Ltd | A | Dividend | J | T | | | | | |
| 888. --Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 889. --Citrix Systems Inc | | None | J | T | Buy | 12/20/20 | J | | |
| 890. --CME Group Inc | A | Dividend | J | T | | | | | |
| 891. --CMS Energy CP | A | Dividend | J | T | | | | | |
| 892. --Comcast Corp (New) Class A | A | Dividend | J | T | | | | | |
| 893. --Conocophillips | A | Dividend | J | T | Sold (part) | 12/08/20 | J | | |
| 894. --Crown Castle Intl Corp | A | Dividend | J | T | | | | | |
| 895. --Cummins Inc | A | Dividend | J | T | | | | | |
| 896. --Deere & Co | A | Dividend | J | T | | | | | |
| 897. --Digital Realty Trust Inc. | A | Dividend | J | T | | | | | |
| 898. --Dominion Energy Inc | A | Dividend | | | Sold | 12/22/20 | J | A | |
| 899. --Dow Inc | A | Dividend | | | Sold | 03/30/20 | J | | |
| 900. --DTE Energy Company | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 901. --Duke Energy Corporation | | None | J | T | Buy | 12/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 902. --Eaton Corp Plc Shs | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 903. --Ebay Inc | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 904. --Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 905. --EOG Resources Inc | | None | J | T | Buy | 12/08/20 | J | | |
| 906. --Eversource Energy Com | A | Dividend | J | T | | | | | |
| 907. --Extra Space Storage Inc | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 908. --Exxon Mobil Corp | | None | | | Sold | 01/21/20 | J | | |
| 909. --Fidelity Natl Information Se | A | Dividend | J | T | Buy | 04/28/20 | J | | |
| 910. --Gilead Science | A | Dividend | J | T | | | | | |
| 911. --Hershey Company | A | Dividend | J | T | | | | | |
| 912. --Home Depot Inc | A | Dividend | J | T | | | | | |
| 913. --Honeywell International Inc | A | Dividend | J | T | | | | | |
| 914. --Intel Corp | A | Dividend | | | Sold<br>(part) | 07/30/20 | J | A | |
| 915. | | | | | Sold | 08/18/20 | J | A | |
| 916. --International Business Machines Corp | A | Dividend | J | T | | | | | |
| 917. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 918. --JPMorgan Chase & Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 919. --Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 920. --Kla Corporation | A | Dividend | J | T | | | | | |
| 921. --Lam Research Corporation | A | Dividend | J | T | Sold<br>(part) | 12/22/20 | J | A | |
| 922. --Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 923. --M&T Bank Corp | A | Dividend | | | Sold | 03/17/20 | J | | |
| 924. --Marsh & Mclennan Cos Inc | A | Dividend | J | T | | | | | |
| 925. --Mc Donalds Corp | A | Dividend | J | T | | | | | |
| 926. --Medtronic Plc Shs | A | Dividend | J | T | | | | | |
| 927. --Merck & Co | A | Dividend | J | T | | | | | |
| 928. --Microsoft Corp | A | Dividend | J | T | | | | | |
| 929. --Mondelez Intl Inc Com | A | Dividend | J | T | | | | | |
| 930. --Nextera Energy Inc | A | Dividend | J | T | | | | | |
| 931. --Northern Trust Corp | A | Dividend | J | T | Buy<br>(add'l) | 04/07/20 | J | | |
| 932. --Northrop Grumman Cp | A | Dividend | J | T | | | | | |
| 933. --Packaging Corp Amer | A | Dividend | J | T | | | | | |
| 934. --Parker Hannifin Corp | A | Dividend | J | T | | | | | |
| 935. --Pepsico Inc Nc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936.  --Pfizer Inc | A | Dividend | | | Sold | 03/20/20 | J | A | |
| 937.  --Philip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 938.  --Phillips 66 Com | | None | J | T | Buy | 12/22/20 | J | | |
| 939.  --Pinnacle West Capital Corp | | None | J | T | Buy | 12/22/20 | J | | |
| 940.  --PNC Finl Svcs Gp | A | Dividend | J | T | | | | | |
| 941.  --Principal Finl Group Inc | A | Dividend | | | Sold | 03/17/20 | J | | |
| 942.  --Procter & Gamble | A | Dividend | J | T | | | | | |
| 943.  --Sonoco Procucts Co | A | Dividend | J | T | | | | | |
| 944.  --Suncor Energy Inc | A | Dividend | | | Sold | 03/20/20 | J | | |
| 945.  --T Rowe Price Group Inc | A | Dividend | J | T | | | | | |
| 946.  --Target Corporation | A | Dividend | J | T | Buy (add'l) | 04/06/20 | J | | |
| 947.  --TE Connectivity Ltd New | A | Dividend | J | T | Buy | 06/09/20 | J | | |
| 948.  --Texas Instruments | A | Dividend | J | T | | | | | |
| 949.  --Tjx Cos Inc New | A | Dividend | | | Sold | 04/06/20 | J | | |
| 950.  --Trane Technologies Plc (name change from Ingersoll-Rand Plc) | A | Dividend | J | T | Buy (add'l) | 03/17/20 | J | | |
| 951.  --Truist Finl Corp | A | Dividend | | | Sold | 04/07/20 | J | | |
| 952.  --U S Bancorp Com New | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 953.  --Union Pacific Corp | A | Dividend | J | T | | | | | |
| 954.  --United Parcel Ser Inc Cl-B | A | Dividend | J | T | | | | | |
| 955.  --Unitedhealth Gp Inc | A | Dividend | J | T | | | | | |
| 956.  --Valero Energy Cp Dela New | A | Dividend | | | Sold | 12/08/20 | J | | |
| 957.  --Verizon Communications | A | Dividend | J | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 958.  --Walmart Inc | A | Dividend | J | T | | | | | |
| 959.  --Walt Disney Co Hldg Co | A | Dividend | | | Sold | 04/28/20 | J | | |
| 960.  --Waste Mgmt Inc | A | Dividend | J | T | | | | | |
| 961.  --Wec Energy Group Inc Com | A | Dividend | J | T | | | | | |
| 962.  --Wells Fargo & Co New | A | Dividend | | | Sold | 05/13/20 | J | | |
| 963.  --Xcel Enery Inc | A | Dividend | J | T | | | | | |
| 964.  -Preferred Stocks: | | | | | | | | | |
| 965.  --Aegon Nv Series 1 | A | Dividend | J | T | | | | | |
| 966.  --Agnc Investment Corp 06.875% (X) | A | Dividend | J | T | | | | | |
| 967.  --Agnc Invmnt Co 6.125% | A | Dividend | J | T | Buy | 02/05/20 | J | | |
| 968.  --Agnc Invstmnt Corp 6.50% (X) | A | Dividend | J | T | | | | | |
| 969.  --Agnc Invt Corp Cum | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 970. --Air Lease Corp Non Cum | A | Dividend | J | T | | | | | |
| 971. --Allstate Corp 5.100 H | A | Dividend | J | T | | | | | |
| 972. --Amer Eq Inv Hldg Co 5.95%-A | A | Dividend | J | T | | | | | |
| 973. --Amer Homes 4 Rent 6.35% Ser-E | A | Dividend | J | T | | | | | |
| 974. --American Equity 6.625%-B | A | Dividend | J | T | Buy | 07/30/20 | J | | |
| 975. --American Hms 4 Rent Pfd D 6.5% (X) | A | Dividend | J | T | | | | | |
| 976. --Amer Homes 4 Rent 6.25%-H | A | Dividend | J | T | | | | | |
| 977. --Annaly Cap Mgmt 6.95%-F | A | Dividend | J | T | | | | | |
| 978. --Annaly Cap Mgmt Inc Pfd Ser I | A | Dividend | J | T | | | | | |
| 979. --Arch Cap Group Ltd 5.25 | A | Dividend | J | T | | | | | |
| 980. --Arch Cap Group Ltd 5.45%-F | A | Dividend | J | T | | | | | |
| 981. --Aspen Insurance Hldg Ltd 5.95% | A | Dividend | J | T | | | | | |
| 982. --Aspen Insurance Holdings 5.625 (AHL.D) | A | Dividend | J | T | | | | | |
| 983. --Aspen Insurance Holdings 5.625 (AHL.E) (X) | A | Dividend | J | T | | | | | |
| 984. --AT&T Inc 4.750% Ser-C | A | Dividend | J | T | Buy | 02/13/20 | J | | |
| 985. --Athene Holding Ltd 5.625 Ser-B | A | Dividend | J | T | | | | | |
| 986. --Athene Holding Ltd 6.35 Ser A | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 987. --Athene Holding Ltd 6.375%-C | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 988. --Atlantic Un Bankshares 6.875-A (X) | A | Dividend | J | T | | | | | |
| 989. --Axis Cap Holdings Ltd 5.5%-E (X) | A | Dividend | J | T | | | | | |
| 990. --Banco Santander Sa Gtd Secs 6 | A | Dividend | | | Redeemed | 12/05/20 | J | A | |
| 991. --Bank of America Co 5.00 Ser LL | A | Dividend | J | T | | | | | |
| 992. --Bank of America Cor 4.375%-NN | | None | J | T | Buy | 10/29/20 | J | | |
| 993. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 994. --Bank of America Corp 6%-GG | A | Dividend | J | T | | | | | |
| 995. --Bank of America Corp 6.2%-CC | A | Dividend | J | T | Sold<br>(part) | 06/10/20 | J | | |
| 996. | | | | | Sold<br>(part) | 09/25/20 | J | | |
| 997. --Bk of America Co 5.875% Ser-HH (X) | A | Dividend | J | T | | | | | |
| 998. --Bank of America Corp 6.5%-Y | | None | | | Sold | 01/27/20 | J | | |
| 999. --Brookfield Fin I UK 4.50% | | None | J | T | Buy | 11/19/20 | J | | |
| 1000. --Capital One Financial 4.80%-J | | None | J | T | Buy | 12/18/20 | J | | |
| 1001. --Capital One Financial 5%-I Prf | A | Dividend | J | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 1002. --Charles Schwab Corp 5.95%-D | A | Dividend | J | T | | | | | |
| 1003. --Chs Inc (CHSCM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. --Chs Inc (CHSCN) | A | Dividend | J | T | | | | | |
| 1005. --Chs Inc/Red Pfd Cl B S 4 | A | Dividend | J | T | | | | | |
| 1006. --Citigroup Inc 6.3%-S | A | Dividend | J | T | | | | | |
| 1007. --Citigroup Inc 6.875%-K | A | Dividend | J | T | Buy (add'l) | 12/08/20 | J | | |
| 1008. --Citigroup Inc 7.125%-J | A | Dividend | J | T | | | | | |
| 1009. --Citizens Fin Group 6.35%-D | A | Dividend | J | T | | | | | |
| 1010. --Citizens Finl Grp Inc 5.00% E (X) | A | Dividend | J | T | | | | | |
| 1011. --Colony Cap 7.125% Cum J | A | Dividend | | | Sold | 03/25/20 | J | | |
| 1012. --Digital Realty Trst 5.850%-K | A | Dividend | J | T | | | | | |
| 1013. --Digital Rlty Tr Inc Red Ser C | A | Dividend | J | T | | | | | |
| 1014. --Digital Rlty Tst Inc 5.20%SerL | A | Dividend | J | T | | | | | |
| 1015. --Duke Energy Corp 5.75%-A | A | Dividend | | | Sold | 12/07/20 | J | A | |
| 1016. --Enstar Group Ltd 7% | A | Dividend | J | T | | | | | |
| 1017. --Equitable Hldgs Dep (name chng from Axa Equitable Hldg Inc 5.25%-A) | A | Dividend | J | T | | | | | |
| 1018. --F N B Corp Fla Dep Shs Repstg | A | Dividend | J | T | | | | | |
| 1019. --Farmland Partners Inc 6%-B | A | Dividend | J | T | | | | | |
| 1020. --Fifth Third Bancorp 6% Ncum Pf (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1021. --Fifth Third Bancorp 6.625%-I | A | Dividend | J | T | | | | | |
| 1022. --First Hori Corp 6.50DP Rp Pfd (X) | A | Dividend | J | T | | | | | |
| 1023. --First Republic Bk 4.125% Pfd K (X) | A | Dividend | J | T | | | | | |
| 1024. --First Republic Bk 4.7% Ser-J (X) | A | Dividend | J | T | | | | | |
| 1025. --Goldman Sachs Group Inc 6.3%-N | A | Dividend | | | Sold | 10/01/20 | J | | |
| 1026. --Goldman Sachs Grp Inc 5.50%-J | A | Dividend | J | T | | | | | |
| 1027. --Goldman Sachs Grp Inc 6.375%-K | A | Dividend | J | T | | | | | |
| 1028. --Huntington Bancshares 6.25%-D | A | Dividend | J | T | | | | | |
| 1029. --Jpmorgan Chase & Co 6.0% S-EE (X) | A | Dividend | J | T | | | | | |
| 1030. --Jpmorgan Chase & Co 6.1%-AA | A | Dividend | | | Sold | 09/02/20 | J | | |
| 1031. --Keycorp 6.125% Ser-E | A | Dividend | J | T | | | | | |
| 1032. --Morgan Stanley 5.85%-K | A | Dividend | J | T | | | | | |
| 1033. --Morgan Stanley 6.375%-I | A | Dividend | J | T | | | | | |
| 1034. --Morgan Stanley 6.875%-F | A | Dividend | J | T | | | | | |
| 1035. --National Storage Affilia 6%-A (X) | A | Dividend | | | | | | | |
| 1036. --New York Cmnty Bc Inc Ser A | A | Dividend | J | T | | | | | |
| 1037. --Nisource Inc 6.5% Ser B | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1038. --Parnerre Ltd 7.25% Red Ser H | A | Dividend | J | T | | | | | |
| 1039. --Peoples United Fin Inc Ser A | A | Dividend | J | T | | | | | |
| 1040. --Pinnacle Fin Prtnrs 6.75%-B | A | Dividend | J | T | Buy | 08/08/20 | J | | |
| 1041. --Pnc Finl-P 6.125% Flts | A | Dividend | J | T | | | | | |
| 1042. --PS Business Parks Inc 4.875%-Z (X) | A | Dividend | J | T | | | | | |
| 1043. --Public Storage 3.9% Ser-O (X) | | None | J | T | | | | | |
| 1044. --Public Storage 4.125% Ser M (X) | A | Dividend | J | T | | | | | |
| 1045. --Public Storage 4.625%-L | A | Dividend | J | T | Buy | 06/09/20 | J | | |
| 1046. --Regions Financial Co 6.375%-B | A | Dividend | J | T | | | | | |
| 1047. --Sce Trust IV 5.375%-J (X) | A | Dividend | J | T | | | | | |
| 1048. --Sce Trust V 5.45%-K | A | Dividend | J | T | | | | | |
| 1049. --Sce Trust VI 5%-L | A | Dividend | J | T | Buy | 11/11/20 | J | | |
| 1050. --Signature Bk Ny 5.00% Ser-A | | None | J | T | Buy | 12/11/20 | J | | |
| 1051. --Spire Inc 5.90% Ser-A (X) | A | Dividend | J | T | | | | | |
| 1052. --State St Co 5.90%-D | A | Dividend | J | T | | | | | |
| 1053. --State Street Corp 5.350%-G | A | Dividend | J | T | Sold<br>(part) | 06/04/20 | J | A | |
| 1054. --Stifel Financial Corp 6.25% | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. --TCF Financial Corporation New (X) | A | Dividend | J | T | | | | | |
| 1056. --The Hartford Fin Ser6.0 | A | Dividend | | | Sold | 10/05/20 | J | A | |
| 1057. --Truist Financial Corp 5.25%-O | A | Dividend | J | T | Buy | 06/02/20 | J | | |
| 1058. --Truist Fincl Corp 4.75% Ser-R | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 1059. --Two Harbors Invstmnt C 7.25%-C | A | Dividend | | | Sold | 04/22/20 | J | | |
| 1060. --U.S. Bancorp 3.75% Ser-L (X) | A | Dividend | J | T | | | | | |
| 1061. --United States Cellular 6.25% | A | Interest | J | T | Buy | 08/11/20 | J | | |
| 1062. --Valley Natl Bancorp Ser-A | A | Dividend | J | T | | | | | |
| 1063. --Valley Natl Bancrp 5.50% Pfd-B (X) | A | Dividend | J | T | | | | | |
| 1064. --Vereit Inc Pfd Ser F | A | Dividend | | | Sold | 03/26/20 | J | | |
| 1065. --Vornado Realty Tr 5.25% Ser-N | | None | J | T | Buy | 11/24/20 | J | | |
| 1066. --Wells Fargo & Co 4.75% Ser-Z (X) | A | Dividend | J | T | | | | | |
| 1067. --Wells Fargo & Co 5.5% Ser-X (X) | A | Dividend | J | T | | | | | |
| 1068. --Wells Fargo & Co 5.7%-W (X) | A | Dividend | J | T | | | | | |
| 1069. --Wells Fargo & Company 6.625%-R | A | Dividend | J | T | Sold (part) | 05/04/20 | J | | |
| 1070. | | | | | Sold (part) | 05/05/20 | J | | |
| 1071. | | | | | Sold (part) | 05/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1072. --Wells Fargo 5.85-Q | A | Dividend | J | T | | | | | |
| 1073. --Wells Fargo 7.5 Non-Cum Cl A | A | Dividend | J | T | Buy | 05/01/20 | J | | |
| 1074. --Wells Fargo Co Dep Sh Pfd Cl A | A | Dividend | J | T | Buy | 10/23/20 | J | | |
| 1075. --Wesco Intl Inc Dp Sh Fxrt Pfd (X) | A | Dividend | J | T | | | | | |
| 1076. --Wintrust Financial Corp | A | Dividend | J | T | | | | | |
| 1077. --Wintrust Finl Cor Dep Rep Sr E | A | Dividend | J | T | Buy | 05/11/20 | J | | |
| 1078. --Zions Bancorp Na 6.3000% Srs G | A | Dividend | J | T | | | | | |
| 1079. -Fixed Rate Capital Securites | | | | | | | | | |
| 1080. --Brightsphere Inves 5.125 Nt 31 | A | Interest | J | T | | | | | |
| 1081. --GMAC Cap Trust I 8.125% | A | Interest | J | T | Buy<br>(add'l) | 01/15/20 | J | | |
| 1082. | | | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 1083. --Citigroup Capt XIII 7.875% | A | Interest | J | T | | | | | |
| 1084. --Hartford Finl Svc Grp 7.875% | A | Interest | | | Sold | 05/20/20 | J | | |
| 1085. --Reinsurance Group of America Inc | A | Interest | J | T | | | | | |
| 1086. --Nustar Logistics Lp 7.625% | A | Interest | J | T | | | | | |
| 1087. --Global Indemnity Limited 7.875% | A | Interest | J | T | | | | | |
| 1088. --Aegon Fundning Corp LLC 5.10% Notes 49 | | None | | | Sold | 02/06/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. --Stifel Financial Corp (X) | A | Interest | J | T | | | | | |
| 1090. --Allstate Corp 5.1% | A | Interest | J | T | | | | | |
| 1091. --Quest Corp 6.875% | A | Interest | | | Sold (part) | 06/29/20 | J | A | |
| 1092. | | | | | Sold | 08/07/20 | J | A | |
| 1093. --Qwest Corp 6.625% | A | Interest | | | Redeemed | 09/15/20 | J | A | |
| 1094. --Ebay Inc 6% | A | Interest | | | Sold | 09/17/20 | J | | |
| 1095. --Berkley (Wr) Corp | A | Interest | J | T | | | | | |
| 1096. --Wr Berkley Corp (X) | A | Interest | J | T | | | | | |
| 1097. --Globe Life Inc 6.125 | A | Interest | J | T | | | | | |
| 1098. --Reinsurance Grp of America | A | Interest | J | T | | | | | |
| 1099. --Western Alliance Bancorporation 6.25% | A | Interest | J | T | | | | | |
| 1100. --Qwest Corp 6.5% | A | Interest | J | T | | | | | |
| 1101. --Prudential Financial Inc 5.625% (X) | A | Interest | J | T | | | | | |
| 1102. --Affiliated Managers Group Inc 5.875% | A | Interest | J | T | | | | | |
| 1103. --Telephone & Data Systems | A | Interest | J | T | | | | | |
| 1104. --American Financial Group 5.625% (X) | A | Interest | J | T | | | | | |
| 1105. --Prudential Financial Inc | A | Interest | J | T | Buy | 08/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. --Affiliated Managers Gr 4.75% (X) | A | Interest | J | T | | | | | |
| 1107. --The Southern Co 4.20% | A | Interest | J | T | Buy | 09/17/20 | J | | |
| 1108. --Assurant Inc 5.25% Cal Nt 61 (X) | A | Interest | J | T | | | | | |
| 1109. --United States Cellular Corp 7.25% (UZB) (X) | A | Interest | J | T | | | | | |
| 1110. --National Rural Util Coop 5.50% (X) | A | Interest | J | T | | | | | |
| 1111. --United States Cellular Corp 7.25% (UZC) | A | Interest | J | T | | | | | |
| 1112. --United States Cellular Corp 5.50% (UZE) | | None | J | T | Buy | 12/01/20 | J | | |
| 1113. --AT&T Inc 5.625% | A | Interest | | | Sold | 12/07/20 | J | A | |
| 1114. --Enbridge Inc 6.375%-B | A | Interest | J | T | | | | | |
| 1115. --Algonquin Power & Untilities Corp 6.875%-A (X) | A | Interest | J | T | | | | | |
| 1116. --CMS Energy Corp 5.875% | A | Interest | J | T | | | | | |
| 1117. --Nextera Energy Capital Holdings Inc. 5.65% | A | Interest | J | T | | | | | |
| 1118. --Algonquin Pwr & Utils Corp A | A | Interest | J | T | | | | | |
| 1119. --South Jersey Industries Inc 5.6250% | A | Interest | J | T | | | | | |
| 1120. --The Southern Co 4.95% Ser-A | A | Interest | J | T | Buy | 01/08/20 | J | | |
| 1121. --Brookfield Fin Inc 4.625% Ser-50 | | None | J | T | Buy | 10/14/20 | J | | |
| 1122. --Assured Guarnty Muni Hldgs Inc Nt Mty | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1123. TRUST #7 (MS Brokerage Account ) (H) | | | | | | | | | |
| 1124. -MS Bank Account | A | Interest | L | T | | | | | |
| 1125. -Common Stocks | | | | | | | | | |
| 1126. --Alibaba Group Holdg Ltd | | None | J | T | | | | | |
| 1127. --Mobileye N.V. | | None | J | T | | | | | |
| 1128. --Tencent Hldgs Ltd Unspon Adr | A | Dividend | J | T | | | | | |
| 1129. -Preferred Stocks | | | | | | | | | |
| 1130. --Athene Holding Ltd 6.375%-C | B | Dividend | K | T | Buy | 06/23/20 | K | | |
| 1131. --Citigroup Inc 6.875% | B | Dividend | | | Sold | 12/18/20 | K | B | |
| 1132. --Fifth Third Bancorp 6.625%-I | B | Dividend | | | Sold | 12/18/20 | K | B | |
| 1133. --Wells Fargo & Company 6.625% | B | Dividend | | | Sold | 12/18/20 | K | B | |
| 1134. -Exchange-Traded & Closed-end Funds | | | | | | | | | |
| 1135. --SPDR S&P 500 Etf Trust | A | Dividend | K | T | | | | | |
| 1136. -Corporate Bonds: | | | | | | | | | |
| 1137. --Bank of America 6.1% | C | Dividend | L | T | | | | | |
| 1138. --Citigroup Inc 5.95% | D | Dividend | M | T | | | | | |
| 1139. --Etrade Financial Corp 5.875% (exchanged to Morgan Stanley 5.875%) | C | Dividend | | | Merged (with line 1144) | 10/01/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1140. --JP Morgan Chase & Co 6.12% Fixed to Float 4/30/2024 | C | Dividend | | | Sold | 12/18/20 | K | B | |
| 1141. --Comerica Inc 5.6250% | B | Dividend | L | T | Buy | 06/16/20 | L | | |
| 1142. --Discover Financial Services 6.125% | | None | K | T | Buy | 06/23/20 | K | | |
| 1143. --Huntington Bancshares Inc 5.625% | B | Dividend | L | T | Buy | 06/16/20 | L | | |
| 1144. --Morgan Stanley 5.8750% (exchanged from Etrade Financial Corp) | | None | L | T | | | | | |
| 1145. --General Elec Cap Corp | B | Interest | K | T | | | | | |
| 1146. --Goldman Sachs Group Inc | B | Interest | K | T | | | | | |
| 1147. --Hewlett Packard Co | B | Interest | K | T | | | | | |
| 1148. -Other Fixed Income: | | | | | | | | | |
| 1149. -Countrywide Alternative Loan Trust | A | Interest | J | T | | | | | |
| 1150. -JP Morgan Mortgage Trust | A | Interest | J | T | | | | | |
| 1151. -Government Securities: | | | | | | | | | |
| 1152. --FNR 2009-19 TD | A | Interest | J | T | | | | | |
| 1153. --FHR 3249 CB | A | Interest | J | T | | | | | |
| 1154. -Mutual Funds: | | | | | | | | | |
| 1155. -- Invesco Oppenheimer SR Floating Rate | B | Dividend | | | Sold | 12/15/20 | K | | |
| 1156. --MSIF Global Franchise A | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1157. | B | Distribution | | | | | | | |
| 1158. -Equity Trusts | | | | | | | | | |
| 1159. --Unit First Trust Value Line Target Safety 30 1Q20 | A | Dividend | K | T | Buy | 02/26/20 | K | | |
| 1160. --Unit Aam Ubiquitous Strategy 15 month 2020 2Q | A | Dividend | M | T | Buy | 06/23/20 | L | | |
| 1161. --Unit First Trust Value Line Target Safety 30 1Q19 | A | Dividend | | | Sold | 02/26/20 | K | A | |
| 1162. TRUST #8 (MS Brokerage Account ) (H) | | | | | | | | | |
| 1163. -MS Bank Account | A | Interest | K | T | | | | | |
| 1164. -Common Stocks | | | | | | | | | |
| 1165. --Boeing Co | A | Dividend | J | T | | | | | |
| 1166. -Mutual Funds | | | | | | | | | |
| 1167. --Blackrock Health Sci Ptf A | C | Distribution | L | T | | | | | |
| 1168. --John Hancock Intl Growth C Mutual Fund | | None | L | T | | | | | |
| 1169. --MFS Growth A | B | Distribution | K | T | | | | | |
| 1170. --MSIF Global Opportunity PTF A Mutual Func | B | Distribution | M | T | | | | | |
| 1171. -Equity Trusts | | | | | | | | | |
| 1172. --Unit First Trust S&P Dividend Aristocrats Target 25 3Q20 | A | Dividend | L | T | Buy | 09/14/20 | L | | |
| 1173. --Unit First Value Line Target Safety 30 3Q19 | B | Dividend | | | Sold | 09/14/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. --Unit Aam Ubiquitous Strategy 2020-3Q | A | Dividend | L | T | Buy | 09/14/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Janis L. Sammartino**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544